# EXHIBIT A

| Directory Name | Pre-W2K Name | Role |
|---|---|---|
| (WTE-M) AdminServer | WAB4299 | NO_PWD_EXP |
| (WTE-M) Almacen Distribucion | ASV4113 | NO_PWD_EXP |
| (WTE-M) ▮▮▮▮▮▮▮▮▮ | FOW3125 | NO_PWD_EXP |
| (WTE-M) Angulos Caps Prensas | IRE6969 | NO_PWD_EXP |
| (WTE-M) Arteche | SHX2186 | NO_PWD_EXP |
| (WTE-M) Camaras_de_Serguridad | MEL1316 | |
| (WTE-M) Capacitacion | AKK4441 | NO_PWD_EXP |
| (WTE-M) Cilindros Dimensionados | UTF0844 | NO_PWD_EXP |
| (WTE-M) CNC ▮▮▮▮▮▮ | ALC1864 | NO_PWD_EXP |
| (WTE-M) CNC ▮▮▮▮▮▮ | HWX6497 | NO_PWD_EXP |
| (WTE-M) CNCMultiCAM | FRF5355 | NO_PWD_EXP |
| (WTE-M) Corte ▮▮▮▮ | DVU7566 | NO_PWD_EXP |
| (WTE-M) Corte ▮▮▮▮ | AWW7116 | NO_PWD_EXP |
| (WTE-M) Corte ▮▮▮▮ | COS1361 | NO_PWD_EXP |
| (WTE-M) Corte ▮▮▮▮ | FHV2698 | NO_PWD_EXP |
| (WTE-M) Corte TX | HNL1898 | NO_PWD_EXP |
| (WTE-M) Empaques | RWT9353 | NO_PWD_EXP |
| (WTE-M) EmpaquesII | IUG2482 | NO_PWD_EXP |
| (WTE-M) Ensamble | CKN5323 | NO_PWD_EXP |
| (WTE-M) Formado Chicago | KWD4365 | NO_PWD_EXP |
| (WTE-M) Formado ▮▮▮▮ | SHY3865 | NO_PWD_EXP |
| (WTE-M) Laboratorio | VEE2878 | NO_PWD_EXP |
| (WTE-M) Laptop_ ▮▮▮▮ | IIB5285 | NO_PWD_EXP |
| (WTE-M) Layout ▮▮▮▮ | VGU4745 | NO_PWD_EXP |
| (WTE-M) Mantenimiento | TBR9545 | NO_PWD_EXP |
| (WTE-M) Metalizado | KIQ5774 | NO_PWD_EXP |
| (WTE-M) Pegado Cilindros | ZNH5112 | NO_PWD_EXP |
| (WTE-M) Programador ▮▮▮▮ | RIV7574 | NO_PWD_EXP |
| (WTE-M) Programador Multicam | CNX6405 | NO_PWD_EXP |
| (WTE-M) Programador Punch | VFG3152 | NO_PWD_EXP |
| (WTE-M) RecuperacionMaterial | NNA6542 | NO_PWD_EXP |
| (WTE-M) Shell | AEZ7295 | NO_PWD_EXP |
| (WTE-M) Slitter | MKE1157 | NO_PWD_EXP |
| (WTE-M) SV ▮▮▮▮ | IBC8578 | NO_PWD_EXP |
| (WTE-M) SVTimeClock | PPT1792 | NO_PWD_EXP |
| (WTE-M) Tecnologia e Innovacion | GKD1601 | NO_PWD_EXP |
| (WTE-M) Tubos | TBX2725 | NO_PWD_EXP |
| (WTE-M) Vigilancia | DSD8590 | NO_PWD_EXP |
| _Template User BRA | templateBRA | |
| _Template User BRAPC | templateBRAPC | |
| _Template User CHE | templateCHE | |
| _Template User China | templateChina | |
| _Template User DEU | templateDEU | |
| _Template User GBR | templateGBR | |
| _Template User TUR HRV NLD | templateTUR-HRV-NLD | |
| _Template User UKR | templateUKR | |
| _Template User USA | templateUSA | |
| ▮▮▮▮▮▮▮▮▮▮ | MHV4824 | |
| ▮▮▮▮▮▮▮▮▮▮ | EHN3815 | |
| ▮▮▮▮▮▮▮▮▮▮ | ZCU8858 | |
| ▮▮▮▮▮▮▮▮▮▮ | FTG9216 | |
| Administration WPT | LER0004 | |
| ▮▮▮▮▮▮▮▮▮▮ | BUZ4487 | |
| ▮▮▮▮▮▮▮▮▮▮ | ZLR7040 | |
| ▮▮▮▮▮▮▮▮▮▮ | QRJ1231 | |
| ▮▮▮▮▮▮▮▮▮▮ | PJD7450 | |
| ▮▮▮▮▮▮▮▮▮▮ | EXD5614 | |
| ▮▮▮▮▮▮▮▮▮▮ | YRD0626 | |
| ▮▮▮▮▮▮▮▮▮▮ | EBY9765 | |
| ▮▮▮▮▮▮▮▮▮▮ | CJO7850 | |
| ▮▮▮▮▮▮▮▮▮▮ | YKM8142 | |
| ▮▮▮▮▮▮▮▮▮▮ | EXWT33 | |
| ▮▮▮▮▮▮▮▮▮▮ | AWR5174 | |
| ▮▮▮▮▮▮▮▮▮▮ | KMR4319 | |
| ▮▮▮▮▮▮▮▮▮▮ | HAP4573 | |
| ▮▮▮▮▮▮▮▮▮▮ | GGP8324 | |
| ▮▮▮▮▮▮▮▮▮▮ | GGP8324.adm | |
| ▮▮▮▮▮▮▮▮▮▮ | TNE1896 | |



| | | |
|---|---|---|
| | BGS5691 | |
| | JTX6151 | |
| | CNV2224 | |
| | QPH1328 | |
| | ZNF4442 | |
| | OCO9501 | |
| | JKM6405 | |
| | IOI8814 | NO_PWD_EXP |
| | PEY3546 | |
| | LCB6842 | |
| | WZG7191 | |
| | cov0503 | |
| | HNH6543 | |
| | RVP9301 | |
| | CBN3162 | |
| | KVT3464 | |
| | PAH1646 | |
| | RRC9595 | |
| | XNA6416 | |
| | KLK4104 | |
| Anlage PA6 | VDB1565 | |
| Anlage PA9 | RPW2636 | |



| | | |
|---|---|---|
| | SDB6747 | |
| | WSH1549 | |
| | GES8196 | |
| | UQL3252 | |
| | XXW1764 | |
| | KZL5580 | |
| | JOL0171 | |
| | EKC6365 | |
| | EEN4870 | |
| | APM0504 | |
| | EHZ4436 | |
| | HNI6319 | |
| | EZW3384 | |
| | CMJ7723 | |
| | Ausstellung | NO_PWD_EXP |
| | LTY5009 | |
| | YHZ8941 | |
| | JKE1345 | |
| | LHL8023 | |
| | UNY3404 | |
| | EXWT09 | |
| Backup Service USA | backupusa srv | NO_PWD_EXP |
| Bad Ragaz QS02 | ZAP3821 | |
| Bad Ragaz QS03 | FOR1138 | |
| Bad Ragaz QS04 | PSH4758 | |



| | | |
|---|---|---|
| | JUH9914 | |
| | JCJ2108 | |
| | UBU4321 | |
| | PSV8401 | |
| | DVZ1160 | |
| | LJG4888 | |
| | VZI8222 | |
| | KVH7865 | |
| | RDM1688 | |
| Barcodescanner User1 | Barcode1 srv | NO_PWD_EXP |
| Barcodescanner User10 | Barcode10 srv | NO_PWD_EXP |
| Barcodescanner User100 | Barcode100.srv | NO_PWD_EXP |
| Barcodescanner User11 | Barcode11 srv | NO_PWD_EXP |
| Barcodescanner User12 | Barcode12 srv | NO_PWD_EXP |
| Barcodescanner User14 | barcode14.srv | NO_PWD_EXP |
| Barcodescanner User15 | barcode15.srv | NO_PWD_EXP |
| Barcodescanner User16 | barcode16 srv | NO_PWD_EXP |
| Barcodescanner User17 | barcode17.srv | NO_PWD_EXP |
| Barcodescanner User18 | barcode18.srv | NO_PWD_EXP |
| Barcodescanner User19 | barcode19.srv | NO_PWD_EXP |
| Barcodescanner User2 | Barcode2 srv | NO_PWD_EXP |
| Barcodescanner User20 | barcode20 srv | NO_PWD_EXP |

| | | |
|---|---|---|
| Barcodescanner User21 | barcode21.srv | NO_PWD_EXP |
| Barcodescanner User22 | barcode22.srv | NO_PWD_EXP |
| Barcodescanner User23 | barcode23.srv | NO_PWD_EXP |
| Barcodescanner User24 | barcode24.srv | NO_PWD_EXP |
| Barcodescanner User25 | barcode25.srv | NO_PWD_EXP |
| Barcodescanner User26 | barcode26.srv | NO_PWD_EXP |
| Barcodescanner User27 | barcode27.srv | NO_PWD_EXP |
| Barcodescanner User28 | Barcode28.srv | NO_PWD_EXP |
| Barcodescanner User29 | Barcode29.srv | NO_PWD_EXP |
| Barcodescanner User3 | Barcode3 srv | NO_PWD_EXP |
| BarcodeScanner User30 | Barcode30.srv | NO_PWD_EXP |
| Barcodescanner User31 | Barcode31.srv | NO_PWD_EXP |
| Barcodescanner User32 | Barcode32.srv | NO_PWD_EXP |
| Barcodescanner User33 | Barcode33 srv | NO_PWD_EXP |
| Barcodescanner User34 | Barcode34 srv | NO_PWD_EXP |
| Barcodescanner User35 | Barcode35 srv | NO_PWD_EXP |
| Barcodescanner User36 | Barcode36.srv | NO_PWD_EXP |
| Barcodescanner User37 | Barcode37.srv | NO_PWD_EXP |
| Barcodescanner User38 | Barcode38 srv | NO_PWD_EXP |
| Barcodescanner User39 | Barcode39 srv | NO_PWD_EXP |
| Barcodescanner User40 | Barcode40 srv | NO_PWD_EXP |
| Barcodescanner User41 | Barcode41 srv | NO_PWD_EXP |
| Barcodescanner User42 | Barcode42.srv | NO_PWD_EXP |
| Barcodescanner User43 | Barcode43.srv | NO_PWD_EXP |
| Barcodescanner User44 | Barcode44.srv | NO_PWD_EXP |
| Barcodescanner User45 | Barcode45 srv | NO_PWD_EXP |
| Barcodescanner User47 | Barcode47.srv | NO_PWD_EXP |
| Barcodescanner User48 | Barcode48.srv | NO_PWD_EXP |
| BarcodeScanner User49 | Barcode49.srv | NO_PWD_EXP |
| Barcodescanner User5 | Barcode5 srv | NO_PWD_EXP |
| Barcodescanner User50 | Barcode50 srv | NO_PWD_EXP |
| Barcodescanner User51 | Barcode51.srv | NO_PWD_EXP |
| Barcodescanner User52 | Barcode52.srv | NO_PWD_EXP |
| Barcodescanner User53 | Barcode53 srv | NO_PWD_EXP |
| Barcodescanner User54 | Barcode54 srv | NO_PWD_EXP |
| Barcodescanner User55 | Barcode55 srv | NO_PWD_EXP |
| Barcodescanner User56 | Barcode56.srv | NO_PWD_EXP |
| Barcodescanner User57 | Barcode57.srv | NO_PWD_EXP |
| Barcodescanner User58 | Barcode58.srv | NO_PWD_EXP |
| Barcodescanner User59 | Barcode59 srv | NO_PWD_EXP |
| Barcodescanner User6 | Barcode6.srv | NO_PWD_EXP |
| BarcodeScanner User60 | Barcode60 srv | NO_PWD_EXP |
| Barcodescanner User61 | Barcode61.srv | NO_PWD_EXP |
| BarcodeScanner User62 | Barcode62 srv | NO_PWD_EXP |
| BarcodeScanner User63 | Barcode63.srv | NO_PWD_EXP |
| BarcodeScanner user64 | Barcode64.srv | NO_PWD_EXP |
| Barcodescanner User65 | Barcode65.srv | NO_PWD_EXP |
| Barcodescanner User66 | Barcode66 srv | NO_PWD_EXP |
| Barcodescanner User67 | Barcode67.srv | NO_PWD_EXP |
| Barcodescanner User68 | Barcode68.srv | NO_PWD_EXP |
| Barcodescanner User69 | Barcode69.srv | NO_PWD_EXP |
| Barcodescanner User7 | Barcode7.srv | NO_PWD_EXP |
| Barcodescanner User70 | Barcode70.srv | NO_PWD_EXP |
| Barcodescanner User71 | Barcode71.srv | NO_PWD_EXP |
| Barcodescanner User72 | Barcode72.srv | NO_PWD_EXP |
| Barcodescanner User73 | Barcode73 srv | NO_PWD_EXP |
| Barcodescanner User74 | Barcode74.srv | NO_PWD_EXP |
| Barcodescanner User75 | Barcode75.srv | NO_PWD_EXP |
| Barcodescanner User76 | Barcode76.srv | NO_PWD_EXP |
| Barcodescanner User77 | Barcode77.srv | NO_PWD_EXP |
| Barcodescanner User78 | Barcode78.srv | NO_PWD_EXP |
| Barcodescanner User79 | Barcode79 srv | NO_PWD_EXP |
| Barcodescanner User8 | Barcode8.srv | NO_PWD_EXP |
| Barcodescanner User80 | Barcode80.srv | NO_PWD_EXP |
| Barcodescanner User81 | Barcode81 srv | NO_PWD_EXP |
| Barcodescanner User9 | Barcode9.srv | NO_PWD_EXP |
| Barcodescanner User99 | Barcode99 srv | NO_PWD_EXP |
| | CTD1331 | |
| | YVC7411 | NO_PWD_EXP |



Betriebssanitat CHEEN
Betriebssanität CHERW

BM6 Einlagerung

UHA8965
LMP8542
TZC8852
ALW6374
ZBC1736
SJV1857
SBR2234
AQS4023
SBW2943
XMV3950
CFP0548
FIL6624
UQI7669
JPC1266
FJT7134
YFS1212
YFS1212.adm
MCI6325
LZX2225
QOI5520
AGJ1276
DQG3925
ENV2806
BRW3493
MOO5382
XXF1426
THP1428
TZQ5966
TZQ5966.adm
ABA4252
WJA8186
DTW1381
FJQ1264
JPX1036
OJY1766
HAR4523
GLE5587
FAZ9536
MDG4117
ADP2908
FRH4337
YUK7114
NAF7422
HXR8774
YBA7524
NWU8583
ZHC2239
BSN9876
BRQ4944
FPD1163
VDG0035
VDG0035 adm
vdg0035d adm
NXB3147
NYU3687
YOB2820
GAM0092
YUT5833
AUU7199
OGE4675
DXU1224
HAT5336
NGM6409
YJZ5000
CFK4286
OEQ4567
OAL2377
VEP3864
VEP3864 adm



BRA EDI Support

vep3864d.adm
XOI5199
TVK8938
LFZ8444
ZHN1514
ZHN1514.adm
EXWT36
YOM2617
UWT8169
PFC2667
RIL1743
SAN3611
EER2470
AVO3813
PBF3314
GDV8085
YLG1405
FWS1734
LUM7765
OPN9320
ZPN7317
MJG7675
RVU4135
MUT5813
URK3983
QZT4834
YNL7021
PQS8733
CVT8151
ZHX7515
FBK7463
JFY7912
MNL3885
MNW5319
OWM0840
SCK4556
SCK4556.adm
LBE2636
WLH1580
BYG3644
BSI5909
MAR7371
QWF6329
ZAR5246
ZXO7130          NO_PWD_EXP
ICD4536
QFO3706
AFS2633
XUL8620
MPT2577
BCA4204
RRF6016
ZEL3978
ZEL3978.adm
SBR2921
IZZ8314
JKK3583
AAL4619
YHS3681
TMU8622
PQC5681
KKM8324          NO_PWD_EXP
DRR1781
IND4813
PXC3433
LAX3716
OTJ3281
XOS1353
PZV8619



GGC5301
VLU5313
PIN3025
EGG3673
RPK5624
HVU6319
OOO4185
LNV3431
WPK6971
IHV9889
PIK3210
TAW6947
VPZ4423
JYT5187
EYF1832
CSG5422
XCD7184
WNX5265
IGU4729
VFH7318
DRR6545
BWY5541
NKB3056          NO_PWD_EXP
QYJ9138
GVP5848
ZRR4319
TEH8857
AWV2232
KBZ7612
OCL7052
ISE4476
DII6174
OWE8405
owe8405 adm
DFK4038
ARC0509
FEP7755
GID6769
YPT1428
BKI3120
NPS9649
cherwsvcad11 srv   NO_PWD_EXP
cherwsvcad12 srv   NO_PWD_EXP
cherwsvif11 srv    NO_PWD_EXP
cherwwssgz02.srv   NO_PWD_EXP
DIJ0432
VBD2234
QGY6606
JSD1464
KIY6982
citrix.srv         NO_PWD_EXP
RYL5781
DPL1304
VPB8748
SUS3057
IOM0657
VUS5643
FCO0020
DVJ2637
TBL0779
ZEE8842
Common.srv         NO_PWD_EXP
RUS6744
ULL1847
BRC8649
EWD9193            NO_PWD_EXP
SYN9028
OXI4892            NO_PWD_EXP
PKW8365

cherwsvcad11.srv
cherwsvcad12 srv
cherwsvif11.srv
cherwwssgz02.srv



Citrix Service



Common Services



Control Technologies



D10adm

FAX2690
QMV0687
WDC1158
ZWV8442
TLJ6443
EWF5812            NO_PWD_EXP
RDX8806
JOU9696
RUR8096
CKV5925
PWG3172
UJE4204
IDT7961
FLB4898
QXN4578
JUU8477
TPP7631
LDD8752
D10adm            NO_PWD_EXP
UVL1181
GES7019
RWH4448
VPX6635
NLA8780
ABZ6022
EFW2873
SBP2480
MFE7068
IFB5782
WAU5316
RYR3640
PSZ8619
HRN6658
UNG5532
DQX6554
CGW6301
NRR3152
BXP4242
QBZ3611
JTD7256
THY7653
XOS7291
DSM8413
NAG8458
POA1736
IJM3577
KHD0867
TPK9988
LNV2126
RPW4787
ENK8095
JJU3346
MWL4381
OQR2967
WCF0145
JNX6948
ZGH7390
YLV6771
POQ2042
NSA9538
OGX1103
VTT3684
PRM7911
MVN9624
DRX4851
NCV7181
GVK8355
THZ8814
BPP8518



Emergency Domain Admin



Etiketten Treuen01
Etiketten Treuen02
Etiketten Treuen03
Etiketten Treuen04
Etiketten Treuen05
Etiketten2 CHERT



External WSW



Finanzen WETAG
Finanzen WPT

| | |
|---|---|
| MIY5428 | |
| RAW4342 | |
| RXH7398 | |
| LLR3284 | |
| JQX4747 | |
| KRD0620 | |
| DQK4379 | |
| ZZE4285 | |
| RZS4306 | |
| GDY6612 | |
| ZCV3349 | |
| IXX5438 | |
| NHP9728 | |
| SVP8346 | |
| UTW6293 | |
| RTD8716 | |
| AFS1520 | |
| XKH6705 | |
| JMN4723 | |
| ZRH5594 | |
| MDH9286 | |
| emergency | |
| TVP4432 | |
| RHR8448 | |
| BKV3524 | |
| QGJ5828 | |
| SCY7874 | |
| CCC4318 | |
| AEC5168 | |
| YZK3138 | |
| DDG3224 | |
| LNW5631 | |
| TAN4316 | |
| ROZ2225 | |
| UHE9353 | NO_PWD_EXP |
| WGR4912 | NO_PWD_EXP |
| ELL5867 | |
| DAY3371 | |
| FKE9340 | |
| GOA7405 | |
| KWO0755 | NO_PWD_EXP |
| GQD4373 | |
| TGB8273 | |
| OTT5682 | |
| EWK6706 | |
| ZSW0603 | |
| OCP7298 adm | |
| OCP7298 | |
| JDP5421 | |
| QLC6720 | |
| VBZ0433 | |
| UZW5209 | |
| LNZ1788 | |
| ZTW4688 | |
| MCK6432 | |
| TCA3658 | |
| TGZ5758 | |
| TIY9237 | |
| FAY7863 | |
| NDE3326 | |
| FIW9473 | |
| RIE4686 | |
| VJF8732 | |
| XAL1285 | |
| XAL1285.adm | |
| VTE7584 | |
| CHX8840 | |
| LER0009 | |
| LER0006 | |



FRABJ Trainee

OQI7456
IEA4843
NID8882
LKA7685
TZT7019
DGW3587
DOY1533
ROL1797
BOB3336
PFX4553
CPG3894                NO_PWD_EXP
JKJ8558
UBK2725
BZJ8868
EVG7655
LIT4117
WDL6091
ZRT7642                NO_PWD_EXP
QDF8583
AZJ8441
YLA8434
EAK8300
ETF5764
SEH2112
DGY2068
YUH6181
WHX8899
JPY1464
ASX6700
ASK7463
VZF8842
CMX0105
ZDJ4529
RVK4655
PSL2376
PSL2376.adm
FAU3333
ATL0765
BUZ7827
FFJ5887
SSD2226
JVS6823
AUB9723
JTN6941
GGF5642
KMP2512
GSL8344
ZCN6465
LNP1614
TFT8083
JWF2721
UXD8182                NO_PWD_EXP
VRG6285
QKC1654
SHC1843
GBL7675
HOG0633
GXU9671
HVA3848
HNB8013
BYD1311
SVR4885
PRY2689
WRO9346
EXWT41
XIN8450
GTY2636
EDJ6224
IEJ8157

QCZ7464
DMB2223
NNZ3852
MHU7176
XVC3282
EBP7219
FHB5432
UTE7355
ANE4435
OZO0178
TXB1134
NPN4883
HGI4623
UIZ4061
YVJ6876
GQS4004
QME7848
SJK4219
XSK4288
HKY2432
QWD5767
LUU9811
TLZ6827
TVN2182
RFH7233
KNP0228
OBU2585
ZVE8889
JBW2889
GOX4257                    NO_PWD_EXP
AVA3476
VPG6473
SHU2546
SHU2546 adm
TKO5361
PYO0402
UNB9192
TFK6484
FVB3922
ZBC5808
BFY3276
LNC2616
OBD0255
RUP5715
RUP5715 adm
TCT6517
TCT6517.adm
PKR2195
NTS7172
HOQ7142
TFP6882
LAR1382
TFV6612
MIS4445
AHR0793
NYS2567
PGS8161
COS1600
JLY7727
JLY7727.adm
LCZ6688
NUW9930
CRT4412
JFC6554
EDW5800
DZT1716
RLB2482
PKC7753
PCT6342

ZWV7454
AOZ1693
xxx8888d adm                    NO_PWD_EXP
TKK1775
CLZ2723
PLI4451
GWP9657
LKT9515
PIH5544
PLU2460
IGZ3861
LYS7523
LVG0810
QAT0100
NBY7294
BJB3054
BJB3054 adm
GSD2238
KII4691
WEC8020
TKB9682
PKN5636
LTF8418
KVK9456
EJT2482
FYY7248
GEI3513
JDT2555
EAN3683
EUH6183
JET3867
VAA6162
FKZ6185
MYH5851
LAL2407
KTP1755
KNX5826
JBA8490
PAC4316
OTA7591
HSB0743.adm
HSB0743
WAI8057
TCK0526
KIK7691
QYH1595
DRD7378
ERP1465
YVH8959
WWU6172
LHL8571
FBY4570
MVI6719
MVI6719.adm
SDL8193
JNX2525
QSF1132
CNN6648
CEW2625
NBZ6405
KVS3318
ALJ8430
NFO2251
IDK5458
FGN5228
LSZ8705
IHC5582
PKI8135
UKG8557



IngPlanta Practicante



Invoice Master Spedi WETAG
Invoice Master WETAG
Invoice Master WETI
Invoice Master WPT
Invoice Master WPTD
Invoice Master WPUSA
Invoice Master WTEM

IRSA Vision Support



IT-HRV ExternalSupport

IHR5639
PQA2367
PHD3131
VXL1624
YGF3877
KVJ2834
OCW9650
ATD1053
ZGD1533
CZZ2619
VXW1284
XZQ8658
LJO4489
NYP9775
AFC2130
LBA5370
UAX0051
GZR1146
ZKF5332
EXWT30
WOK0024
WOK0024.ladm
NPU4407
UPN8737
WIE7171
EXWT32
NRF2015
ETU7140
LPM8722
CHD8181
MVJ9323
EHU0685
RMB1216
RCF9215                    NO_PWD_EXP
DEB3662
VOO5772
RVR1894
THS4895                    NO_PWD_EXP
EUL7516
AXH8479
ZDP6326
BAX7368
WXV8387
HBJ0212
TVD3769
DKI3679
WZW4615
UHE7168
IGN4856
TRY2568
WMR6003
HPX3118
REM1353
LGW4351
AKE9907
RKS2720
EZD1385
YIV8879
BEK1152
JKC3593
YYO1318
PAB1278
BTQ9345
GWY7015
BSU8915
HKS6741
RDQ4630
BQQ8229

Jobcenter 01                JOB0001                    NO_PWD_EXP

D00012

Jobcenter 02

JOB0002
JVR7073
IUV3362
AWW5275
TMH6017
ZBT6158
ZGT6732
ZEG7971
MOL7543
FKB1788
FKB1788.adm
WLB6971
GOY4710
ZIE3488
PYL6077
IGW1008
WNP3868
GME4747
IXZ1535
IXO0678
GAD1181
VSP7144
KDJ7566
AYK5138
MPO3191
XYM4222
YQU0987
RWP5251
XDZ1673
NDL5855
RHS1414
QBX8316
LPB8429
CSC4852
PJK1370
RJH5418
IMI0235
CDL1768
PXL4027
JGM0792
ZJW6862
VIS1746
RAH5890
MBH8149
KGK7495
opn3867
opn3867.adm
BKO6773
KLL3250
AAE3381
ADP1151
OAD4339
CMC1469
TXI4659
LSW4604
XLA6913
OPJ3327
DSE2270
FIB8569
XHZ4846
BFJ1342
HKB3540
NEC4850
YHU2097
FJG3572
UMJ2014
KNW8733
LRT2635
SFB5260

NO_PWD_EXP



Laboratorio Clientes
Laboratorio Practicante

LDAP2012.srv

MXK5290
ZDL9968
ZDL9968.adm
zdl9968d.adm
DSN2345
UBC2333
LDB0572
KTF5082
DHO5522
BPR4599
NHN7210
PDQ8387
ETX2514
KTS8965
IJD1330
JEH3656
FIH7386
LBY7616
RQZ6814
UGS8432
OPN9031
LQS0621
LHB1873
LHB1873.adm
KKE8678
FOK1278
EGG7765
DZX1432
EFC8710
NSK8294
RAH5912
JWL8054
PMJ3147
WEW7856
RAL6766
NAT7141
RTN1601
EEL3855
WNH7022
CEC8225
MCX7356
DME0650
GST1343
QSH1902
LEL8671
FSR2770
EVE1052
IOF8899
LDAP2012.srv          NO_PWD_EXP
PIR5657
BQE5810
POS3757
PKF8377
LWK0283
JXU1824
GFV4114
PWW1338
CCN1777
FIM2908
GXF8314
PFV3713
TUB4586
LIB1234
OAU6506
LMS5288
BRS4029
OYF8465
RBR3760
TNM5311



Logistik Treuen01
Logistik Treuen02



Maintenance Treuen01
Maintenance Treuen02
Maintenance Treuen03
Maintenance Treuen04



Manufactura Pantalla
Manufactura Practicante

NAH3366
NOS6637
WUP1939
TWN3962
LWR2482
XRH7565
TGI7281
EES6838
OFG8280
ZOD2868
ZOD2868 adm
EAA3784
RDW1801
ANU3314
WWA2526
HHA1162
GPL2191
RFN3676
BWF1100
RAD2764
ZTR6638
BIN8510                    NO_PWD_EXP
LUU8765
NAP5019
XRI8098
ALE8785
ALE8785 adm
OIP1373
WZU2128
FRO1896
JLE9452
BTO4402
WYS2557
AWR4124
PBY1246
OQE2020
NNA5188
NNA5188.adm
ABL1154
GLF7531
HHZ9513
EGH4834
WCE7128
ZUX6443
RIL5522
MMV4748
ZEF3714
SCN2235
KER1776
JTB8532
RQV7445
CGT2732
UCF0217
GQP2209
PAL1683
VPH3471
TLK4222
XWR5817
IPS6254
JXL6147
EWF4267
BYN1081                    NO_PWD_EXP
HSD1112
KKF7684
ACD7285
YZE4524
HJH2911
HDW3031
ZVW5556



Medical Qualitatssicherung
Medical SPC-01
Medical SPC-02
Medical SPC-03
Medico Ambulatorio



Messstation Kreppanlage
Messtechnik PC-A



BIZ9141
UXL5949
VSY6827
PGB8490
IFT3001
CSH2280
KOJ2202
NVU4039
JDW7830
LJF2570
BIC8498
BIC8498.adm
BRB7501
LNT1987
GTK3362
KFV7688
DOG3626
CRS1241
LRX1063
FBN7294
CRR8879
QBD0206
XFS7641
OCB4858
DEY3058
DWZ2738
UVN8822
JSB3082
IME8166
DNZ5522
PSI1767
MSO5891
LPZ4345
LAX4289
GDK4263
LSK5332
TIX8675
XCB2691
COI7381
JOG5276
ZLG8393
HUN9523
DYL0543
NDP2393
SMQ7178
CEG7362
NFV7688
HIZ1480
VAR7573
VAR7573.adm
KVE9856
NKL8430
WWF3926
TVD1901
WEL6825
RBN4646
OET5563
TNJ2667
KBW0895
ZYP5885
MXL7124
FWJ1329
BYD9725
LRD2029
ABW6517
XOX7882
CYF3924
DRD7259
QUH1545

D00016

Microgestion

| | | |
|---|---|---|
| PRU8392 | NO_PWD_EXP |
| UVS1771 | |
| FYL6417 | |
| WOT4986 | |
| DUR8567 | |
| DDW0608 | |
| DFI4783 | |
| HPC3707 | |
| FIZ8358 | |
| KYQ6453 | |
| JRN4059 | |
| YBB5388 | |
| TLX4573 | |
| HAH6743 | |
| PDJ8028 | |
| NUE7401 | |
| WER8042 | |
| WVP8740 | |
| NSX6318 | |
| KYJ7451 | |
| KZR6275 | |
| XRF0244 | NO_PWD_EXP |
| WQN5559 | |
| WKK6895 | |
| NOR5184 | |
| YDO4883 | |
| TBH6909 | |
| GYW8097 | |
| GQU1663 | |
| DYK3707 | |
| NBX0844 | |
| SYJ8270 | |
| IXC5292 | |
| GQA9287 | |
| XUR2531 | |
| CZY7152 | |
| PJA9427 | |
| CEL5727 | |
| PDU1270 | |
| KPU6509 | |
| VNP5281 | |
| TSP2661 | |
| KVK3682 | |
| NCV6133 | |
| HLA1820 | |
| EKC8326 | |
| ZOK3441 | |
| RYX4187 | |
| CYP2785 | |
| RHA7515 | |
| JXF8720 | |
| QTW3642 | |
| PTJ2299 | |
| DDA5446 | |
| HAT2230 | |
| PQG4352 | |
| IZR8065 | |
| SSK1062 | |
| FRW9279 | |
| TBI3144 | |
| USR7580 | |
| WCU1975 | |
| CAS4651 | |
| KKS4652 | |
| DVZ8228 | |
| IIH4529 | |
| LHG3652 | |
| KOG1717 | |
| WGR4330 | |

D00017



MPG5857
MBB7150
FBF1842
VEQ5119
GGM3021
AVO0588
UBS5785
LNR5471
QYC3387
IUR2232
SMI6561
WDO1575
WAB6925
BBI7179
CKZ7771
UDD5651
CYU6406
EWN4436
SFF1776
PTS1226
ZEV9632
XNB8801
FWN8522
WTY3863
CLC1156
KPB5886
OOX6713
OOX6713 adm
FVB7714
LRQ5325
GKL1455
HTA3342
HTA3342 adm
ARQ2645
BZA3873
GTO1974
MJP3777
LTZ6875
TCA8304
PVJ8155

Order confirmation bay 3 _1
Order confirmation bay 3 _2
Order confirmation bay 5
Order confirmation bay 6
Order confirmation BM4

Jan 3338



UDV7314
ZES5551
JKV6047                    NO_PWD_EXP
JQY4842
JXR3995
VNU5174
EDX5341
MYC7745
p10adm                     NO_PWD_EXP

P10adm



FNH9480
NXL4572
EGC0186
SGF2588
FIA7843
MLP4871
KEF6765
CNU8732
VPH5531
YPN1154
PTK6376
UYN0855
FAK1287
QVJ6374
BHD5044
PRX2623
VEX1221
WEP4228
DHP7795



Personal WETAG

Production-Hall CHERT01
Production-Hall CHERT02

Propos 01
Propos 02
Propos 03
Propos 04
Propos 05
Propos 11
Propos 12
Propos 13
Propos 14
Propos 15
Propos 16

HAR4998
SYA5223
YRS3507
GFR7612
MPZ4378
TRW1573
VIT8675
TZJ6458
AOC2357
LER0007
FYV7451
RPJ2305
JDG4923
ADZ0438
EKS4178
CXE3483
CXE3483.adm
CXE3483d.adm
DSV7712
ZOH3094
PXD5591
ADC9773
ADC9773.adm
UDC7433
FMG3353
RZC1737
VQV2491
EQK0254
VAI7832
ZFX8844
JRC7444
YPW1347
NYS9141
FNO1221
SXK1285
KIJ4871
JEF3784
GMB9032
WIL4465
OYU4936
LHC1262
EBZ8201
KSN6028
YFH3047
BLF5833
EPR4698
RVY6154
MAK5456
XWZ2614
JHF9570
CXU4123
PPO0001          NO_PWD_EXP
PPO0002          NO_PWD_EXP
PPO0003          NO_PWD_EXP
PPO0004          NO_PWD_EXP
PPO0005          NO_PWD_EXP
PPO0011          NO_PWD_EXP
PPO0012          NO_PWD_EXP
PPO0013          NO_PWD_EXP
PPO0014          NO_PWD_EXP
PPO0015          NO_PWD_EXP
PPO0016          NO_PWD_EXP
THF7653
BEO1263
GRP5457          NO_PWD_EXP
VGN1125
TRC8644
KQX7836
USQ2311



Reception Rapperswil

RH Practicante

Rohrschlosserei WETAG

ESE2317
XJT5434
FRV6568
OIN2731
CEQ5417
RKE5524          NO_PWD_EXP
JOZ1721
IVM5741
ZIM5282          NO_PWD_EXP
EGV4489
LGI3105
OTX5880
HUX8344
VUS4449
JLW5985
USS3069
AUC5246
NGF8214
YNU6051
JAJ2826
GKE8854
KVB6915
SBL2420
WON8547
GKN5582
XHT4367
FCM8377
AVD7979
RJM6101
DOJ6860
ONC0883
NVZ1633
BAD4061
PZN7190
NWX2380
HEK4799
NEO1792
EXWT35
EMD7048
WXT4374
XRA2512
OSH1055
CFP9970
VPP4672
AGI3568
JLJ4262
KLB4251
WZK8746
VSU4267
TIS2756
IET7074
GVT7167
FTW5721
LJJ5960
XVS8023
KIE9300
BWP4944
ZUK5014
MFU8831
MFU8831.adm
PGS8164
EXWT45
QIK6580
LCV2739
MKZ4677
FBO7014
VVA8732
AGB4043
QNV4578



| | |
|---|---|
| | BYU2484 |
| | WIY5434 |
| | VEQ2602 |
| | YXW5477 |
| | DOD5085 |
| | QHP2345 |
| | XLP1995 |
| | FZA7394 |
| | BRU8910 |
| | BRU8910.adm |
| | LXP6276 |
| | EDL5542 |
| | EJE2127 |
| | EXWT10 |
| | THZ2258 |
| | FCI5742 |
| | QOZ9524 |
| | MPK5543 |
| | MPK5543.adm |
| | BZO5218 |
| | KKL5837 |
| | JUI1525 |
| | YTS1185 |
| | LYZ6678 |
| | ONU8853 |
| | LKR4156 |
| | MQG6133 |
| | XDO7476 |
| | RVO6847 |
| | YLX7264 |
| | PZK7689 |
| | OGD5194 |
| | YKG0779 |
| | DAZ5429 |
| | GQB6735 |
| | GEO4220      NO_PWD_EXP |
| | MSN9584 |
| | NFR5711 |
| | SWN8142 |
| | JQA2647 |
| | NSP5874 |
| | BTI1147 |
| | URL3940 |
| | ZVT5776 |
| | PSD6428 |
| | GHB1715 |
| | IBK7610 |
| | xkw2847 |
| | RUL2780      NO_PWD_EXP |
| | WXA3151 |
| | SAPServiceB10      NO_PWD_EXP |
| | SAPServiceD10      NO_PWD_EXP |
| | SAPServiceP10      NO_PWD_EXP |
| | SAPServiceT10      NO_PWD_EXP |
| | UPQ8665 |
| | AGH6162 |
| | ELY6682 |
| | CWR6783 |
| | IUD0733 |
| | XGR7394 |
| | PVN2145 |
| | CYC2612 |
| | SBZ8878 |
| | HJL3202 |
| | WNO4813 |
| | FGS0581 |
| | XEH5074 |
| | PED3737 |
| | ULZ8753 |

Rückmeldungen PA5
Rückmeldungen PA6
Rückmeldungen PA9

Sammeluser_521 1WE-BM5
Sammeluser_521 1WE-BM6
Sammeluser_521 1WE-BM9
Sammeluser_521 1WE-LAM
Sammeluser_521 1WE-PULP1
Sammeluser_521 1WE-PULP2
Sammeluser_521 1WE-SAW
Sammeluser_521 3WE-CREPE1
Sammeluser_521 3WE-CREPE2
Sammeluser_521 3WE-Roll

SAP CCC

SAPServiceB10
SAPServiceD10
SAPServiceP10
SAPServiceT10

Schichtführer Medical



OCK9468
SLN6740
EVE8559
KYV5345
QNZ9386
QNZ9386.adm
TZW2303
RJG8572
ZEH1784
VPK9411
FLT4114
YKJ2608
JXJ4719
NAH7554
KUR2684
AFT1298
SKI7348
ZHU5261
HDI7122
IZP4693
RMM9952
HWR1904
WML2194
ZKX3655
HFB3568
TPK2112
TEW5788
JSB1521
NWY8286
UVH2677
VBD6422
TEF8364
YDQ8662
DZS7056
AHZ1779
JIE7421

| | | |
|---|---|---|
| Service TIG | TIG srv | NO_PWD_EXP |
| Serviceaccount CanonMFP | canonmfp srv | NO_PWD_EXP |
| Serviceaccount CHEBRSVGV11 | chebrsvgv11.srv | NO_PWD_EXP |
| Serviceaccount CHERWICCNC01 | CHERWICCNC01.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVARCX1 | CHERWSVARCX1.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVARCX2 | cherwsvarcx2.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVARCX3 | cherwsvarcx3.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVARS2 | CHERWSVARS2 srv | NO_PWD_EXP |
| Serviceaccount CHERWSVBD11 | cherwsvbd11.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVBRAACS02 | cherwsvbraacs02 srv | NO_PWD_EXP |
| Serviceaccount CHERWSVCAD04 | cherwsvcad04.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVCLM01 | cherwsvclm01.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVCON01 | cherwsvcon01.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVDMP01 | cherwsvdmp01 srv | NO_PWD_EXP |
| Serviceaccount CHERWSVDS01 | cherwsvds01 srv | NO_PWD_EXP |
| Serviceaccount CHERWSVEB11 | cherwsveb11.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVEDIBRA01 | cherwsvedibra01.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVFAX01 | CHERWSVFAX01 srv | NO_PWD_EXP |
| Serviceaccount CHERWSVIFC11 | cherwsvifc11.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVIIS1 | CHERWSVIIS1.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVKLS01 | cherwsvkls01.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVLVS01 | CHERWSVLVS01.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVLVS02 | cherwsvlvs02.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVOCR02 | cherwsvocr02.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVPPO01 | cherwsvppo01.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVPPO02 | cherwsvppo02.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVPVSxx | cherwsvpvsxx srv | NO_PWD_EXP |
| Serviceaccount CHERWSVQV03 | cherwsvqv03 srv | NO_PWD_EXP |
| Serviceaccount CHERWSVSAP01 | cherwsvsap01 srv | NO_PWD_EXP |
| Serviceaccount CHERWSVSEA01 | cherwsvsea01.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVSOL01 | cherwsvsol01.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVTOPD11 | CHERWSVTOPD11.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVTOPD11 Kerberos | kerberos.srv | NO_PWD_EXP^TRUST_DELEGATE |

| | | |
|---|---|---|
| Serviceaccount CHERWSVTS01 | cherwsvts01.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVTS03 | cherwsvts03.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVTS04 | cherwsvts04.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVTV11 | cherwsvtv11.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVUKR01 | cherwsvukr01.srv | NO_PWD_EXP |
| Serviceaccount CHERWSVXEN0x | cherwsvxen0x srv | NO_PWD_EXP |
| Serviceaccount CHERWWSPCX | CHERWWSPCX.srv | NO_PWD_EXP |
| Serviceaccount Client Installation | clientinstall.srv | NO_PWD_EXP |
| Serviceaccount Commvault | commvault.srv | NO_PWD_EXP |
| Serviceaccount DNS Updater | DNSUPD srv | NO_PWD_EXP |
| Serviceaccount Doxis4 (SER) | doxis srv | NO_PWD_EXP |
| Serviceaccount for DCSPanels | DCSPANEL.srv | NO_PWD_EXP |
| Serviceaccount IFC Services | IFC.srv | NO_PWD_EXP |
| Serviceaccount Join Domain | joindomain.srv | NO_PWD_EXP |
| Serviceaccount Monitorstation in CHERW | CSJ5567 | NO_PWD_EXP |
| Serviceaccount Permission Manager | Permmgr.srv | NO_PWD_EXP |
| Serviceaccount Plottersystem | plotter.srv | NO_PWD_EXP |
| Serviceaccount Production LAN Backup | prodlanbkp.srv | NO_PWD_EXP |
| Serviceaccount RemoteDesktopManager RDM | rdm.srv | NO_PWD_EXP |
| Serviceaccount Splunk | splunk.srv | NO_PWD_EXP |
| Serviceaccount Spotlight on AD | adspotlight srv | NO_PWD_EXP |
| Serviceaccount TaskScheduler CHERWSVCIT11 | schedulercit11.srv | NO_PWD_EXP |
| Serviceaccount USASJ Plotter | CSRPlotter.srv | NO_PWD_EXP |
| Serviceaccount WICOR LDAP Reader | ldapread.srv | NO_PWD_EXP |

ETB6511
KEH5270
EHD1423
KKU7292
JIN9561
SHY6589
LSD0297
WLU5236
IGT4425
UXW3627
ZYI4790
TSD4347
PPJ6140
ABV5701
JBF7784
ITD3814
XFY1160
CAK7345
TCE4864
WFT8818
FOP3641
TLY8951
LZV7141
QKM3625

| | |
|---|---|
| HUK6794 | NO_PWD_EXP |

DPR1139
VYX5665
GZA4464
LLF1233
VAP4600
AVI4817
PRU3274
AIR4444
LHV6336
DYD2037
UBR7580
SZM4347
OPW3553
TDA7850
RIV4339
EPX0455
XTY7112
LXW6897
ONK8265
PNU2678



SSA Apprentice

BPJ3501
BPJ3501.adm
BJK4140
EWM1230
HGB5605
JGX4059
YBX5533
TRW6582
HGN4691
ERD0557
LEX3178
VAF7484
KWD6521
HKK1774
LER0022
PEV8012
BRG6352
LCX4699
FVA7857
PIG8386
LCT7412
VNB3354
OXN3542
NHH2246
PYR4215
JHJ5303
BUZ7313
IBW7389
BLS3822
AHO8006
HMS8743
TCQ3257
FCP8334
AIP2136
SHU8537
BGH9509
BHK4646
FNT2158
VKP4547
SUN1144                    NO_PWD_EXP
RYB7484
CPX8213
KUP9459
PCG4322
JNH7106
CYB8826
WUQ5728
VAC8159
MBD5376
QDH9839
WHG2667
BZV8264
AKH4833
HIP1126
TBY2883
QPW7378
PYC9746
NDB8304
EXX1212
VGG0248
TAJ3644
RJX5880
EPL8149
LJM6828
JYJ1537
OLW4015
VEH1492

Support1 Cenit
Support2 Cenit



T10adm                     T10adm          NO_PWD_EXP
Tablink.srv                Tablink srv     NO_PWD_EXP



TBS Zentrallabor
TecnologiaInnov Practicante

Test User IT

TIG Support

Trade WPT
Training 1
Training 2
Training 3

Treuen Schichtführer-STV
Treuen-Fibu Praktikant

TV Proyeccion

LTJ8145
LTJ8145.adm
CKY1551
XDZ8713
REA2656
IAP8571
UZJ2252
OYQ3944
ZKH9148
WFA4653
CSE7544
WFE1979
GWI5016
AEN6883
EUY6543
KWQ4334
ICG6276
VDT3840
XXX9999                    NO_PWD_EXP
HEU2315
VEX5827
UHK7745
FEI9228
EXWT39
TFA8967
SBQ6729
AHT3728
UBT5546
EXWT17
ZNC3438
NWI0956
WHA2785
JAE0604
JIW5211
UNY7178
SRL3951
PGR6176
AMA1921
AMA1921.adm
TDD5118
TAY1443
GRO5497
AUT5224
LER0019
SCH0001                    NO_PWD_EXP
SCH0002                    NO_PWD_EXP
SCH0003                    NO_PWD_EXP
DFF3756
ZCZ4343
IYT2322
ZBI5152
                 Dec 2284
BGH1452
GBN4289
YLT8687
NOB6702
nob6702.adm
HZW8224
QRE8704
WXU4907
RZZ1777
RTP4458
PJU3225
WVN6323
PRW7332.adm
PRW7332
JRC7654
RTP8511
NTK1410



Umbuchungen Spedition 2

VCenter6.srv

Vertriebslogistik WMT

vnxesx.srv

RNZ9557
QPP0724
ZZF8212
PJF2408
EYA1698
WSO6833
ONC3271
WUJ7273
WUJ7273.adm
PIK2371
LZU6281
BFA1418
YWI7666
YOV5826
VKF8636
SMK2979
KDK1903
RTQ7610
ZSC5383
JBG2030
LDP6231
ADR3367
VCenter6.srv        NO_PWD_EXP
BPN7428
BPN7428.adm
DCQ8580
ZDE2520
IRF2325
XWH8965
HYD3703
PJE4151
BWH3383
GWM9796
LER0023
BAB4702
UGG6355
CAG2415
YSG3618
ARH6386
BUX6074
NFO1685
DJE6563
LSR7282
NEQ1617
xtf7242
LOG4348
CAK7417
DLZ7136
UQW8883
BFB5933
vnxesx.srv          NO_PWD_EXP
ACG5565
VCR3600
NVT3148
GFY2604
UVZ5393
JCY8345
CSK7288
UQB6683
YYJ8826
CWV7267
HKP0429
OGY7750
DZH3082
RRD7506
VFA6325
DJC9604
YSL8774
VRA7725

| Name | Code | Flag |
|---|---|---|
| ██████ | TLS4510 | |
| | LGU3075 | |
| | ZJZ3446 | |
| | IJL9067 | |
| | NLO8116 | |
| | TCN4465 | |
| Warehouse 150-1 | SRC8755 | |
| Warehouse 250-2 | KOU1624 | |
| Warenannahme CHERW | KHG3855 | |
| ██████ | UJV1238 | |
| wastasks.srv | wastasks.srv | NO_PWD_EXP |
| WDS(CG) Calgary1 | PLS4637 | NO_PWD_EXP |
| WDS(IP) DGA1 | YRP4521 | NO_PWD_EXP |
| ██████ | IZN8865 | |
| | UZX3227 | |
| | RXL7218 | |
| | OSY4183 | |
| | LWX3630 | |
| | UZM7059 | |
| | AYL3816 | |
| | EXH7589 | |
| | YGX5452 | |
| | DHK1362 | |
| | GDZ8886 | |
| | UMP3121 | |
| | FGE6610 | |
| | VHL5560 | |
| | KWB7330 | |
| | DDG1364 | |
| WETAG Aktivteile | LER0016 | |
| WETAG Components | LER0003 | |
| WETAG Faserlabor Allgemein | DQZ2618 | |
| WETAG Formbereitstellung | FEF5516 | |
| WETAG Wicklungsisolation MultiCAM | IRW1756 | |
| WETAG-CHEEN Staebe-Weinig | HXV9849 | |
| WETAG-CHERW Staebe-Weinig | UUB5580 | |
| WETAG-SCM Lernender1 | LER0001 | |
| WETAG-SCM Lernender5 | LER0005 | |
| WETAG-SCM Lernender8 | LER0008 | |
| WETI(BU) DGA | ARK4298 | NO_PWD_EXP |
| WETI(HT) DGA | VXE8626 | NO_PWD_EXP |
| WETI(HT) DGA2 | TUR2528 | NO_PWD_EXP |
| WETI(HT) DGA3 | FJT4281 | NO_PWD_EXP |
| WETI(HT) IFT | CTA1614 | NO_PWD_EXP |
| WETI(HT) IR Solution | HQB8500 | |
| WETI(SC) DGA | LLW5841 | NO_PWD_EXP |
| WETI(SC) IFT | SMU2068 | NO_PWD_EXP |
| WETI(SC) Production | PTI9565 | |
| WETI(SJ) 3DStation | WWO1714 | |
| WETI(SJ) BM1DryEnd | NCW5644 | NO_PWD_EXP |
| WETI(SJ) BM1Pulper | PXW0689 | NO_PWD_EXP |
| WETI(SJ) BM1WetEnd | TDD4298 | NO_PWD_EXP |
| WETI(SJ) BM1Wrapper | WHL6091 | NO_PWD_EXP |
| WETI(SJ) BM2Booth | MAK8204 | NO_PWD_EXP |
| WETI(SJ) BM2DryEnd | TTU4755 | NO_PWD_EXP |
| WETI(SJ) BM2WetEnd | MLV1105 | NO_PWD_EXP |
| WETI(SJ) CNCKomo | GXF3538 | NO_PWD_EXP |
| WETI(SJ) CNCKomo2 | DVY3578 | NO_PWD_EXP |
| WETI(SJ) CNCMilling1 | FLB1546 | NO_PWD_EXP |
| WETI(SJ) CNCMilling3 | GAL4245 | NO_PWD_EXP |
| WETI(SJ) CNCMilling4 | QVV6816 | NO_PWD_EXP |
| WETI(SJ) CNCMillingTL | JAH7452 | NO_PWD_EXP |
| WETI(SJ) CNCMultiCAM | JZR5943 | NO_PWD_EXP |
| WETI(SJ) CNCPunch1 | ZBA3400 | NO_PWD_EXP |
| WETI(SJ) CNCPunch2 | SDB5718 | NO_PWD_EXP |
| WETI(SJ) CNCTablink1 | CVO7766 | NO_PWD_EXP |
| WETI(SJ) CNCTablink2 | INZ7716 | NO_PWD_EXP |
| WETI(SJ) CNCTablink3 | JVH3241 | NO_PWD_EXP |
| WETI(SJ) CuttingCtr | XPW1268 | NO_PWD_EXP |

| | | |
|---|---|---|
| WETI(SJ) Cylinders1 | ESF0583 | NO_PWD_EXP |
| WETI(SJ) Cylinders2 | WDC8387 | NO_PWD_EXP |
| WETI(SJ) Cylinders3 | TWP1178 | NO_PWD_EXP |
| WETI(SJ) DocScanner | OVK8340 | NO_PWD_EXP |
| WETI(SJ) ElecMaint | WUC3978 | NO_PWD_EXP |
| WETI(SJ) EndRings | NSJ9153 | NO_PWD_EXP |
| WETI(SJ) Forming | BKL7345 | NO_PWD_EXP |
| WETI(SJ) GluedAssembly | BIX9111 | NO_PWD_EXP |
| WETI(SJ) HR | HJD4525 | NO_PWD_EXP |
| WETI(SJ) KIOSK1 | HDD5885 | NO_PWD_EXP |
| WETI(SJ) LamCutting | NKR5734 | NO_PWD_EXP |
| WETI(SJ) LamLine | FYB6377 | NO_PWD_EXP |
| WETI(SJ) MechMaint | NJU1455 | NO_PWD_EXP |
| WETI(SJ) Metallizing | FTP5011 | NO_PWD_EXP |
| WETI(SJ) Milling1 | FWC1361 | NO_PWD_EXP |
| WETI(SJ) Milling2 | BQP3264 | NO_PWD_EXP |
| WETI(SJ) Milling3 | NFU7558 | NO_PWD_EXP |
| WETI(SJ) MiniMill | SXE3273 | NO_PWD_EXP |
| WETI(SJ) Monitors | FIT1742 | NO_PWD_EXP |
| WETI(SJ) Nomex | QFH9316 | NO_PWD_EXP |
| WETI(SJ) PLCTech | RSM2891 | NO_PWD_EXP |
| WETI(SJ) PrevMaint | BQV3479 | NO_PWD_EXP |
| WETI(SJ) PrevMaint2 | DWP5464 | NO_PWD_EXP |
| WETI(SJ) Punching | EWD9450 | NO_PWD_EXP |
| WETI(SJ) PunchingTrumpf | IDC2616 | NO_PWD_EXP |
| WETI(SJ) R&DCNC | WID3224 | NO_PWD_EXP |
| WETI(SJ) R&DHipotronics | XDH0926 | NO_PWD_EXP |
| WETI(SJ) R&DHorizon | TCM7621 | NO_PWD_EXP |
| WETI(SJ) R&DLowVoltage | TNT2135 | NO_PWD_EXP |
| WETI(SJ) R&DScope | LNE8614 | NO_PWD_EXP |
| WETI(SJ) RingsCaps | LEO6777 | NO_PWD_EXP |
| WETI(SJ) RollingStation | TOA9331 | NO_PWD_EXP |
| WETI(SJ) SheetCut | RHA2747 | NO_PWD_EXP |
| WETI(SJ) ShippingFN1 | XBA4616 | NO_PWD_EXP |
| WETI(SJ) ShippingFN2 | MAY6280 | NO_PWD_EXP |
| WETI(SJ) ShippingFW1 | RDU5861 | NO_PWD_EXP |
| WETI(SJ) SmallCal | NWE2590 | NO_PWD_EXP |
| WETI(SJ) Stockroom | FIL4156 | NO_PWD_EXP |
| WETI(SJ) StripMeasuring | SRK1884 | NO_PWD_EXP |
| WETI(SJ) StripMill | XUH3483 | NO_PWD_EXP |
| WETI(SJ) WaterDrop | EWL1993 | NO_PWD_EXP |
| WETI(UB) CoatedPaper | NLW4023 | NO_PWD_EXP |
| WETI(UB) Components | XLY6472 | NO_PWD_EXP |
| WETI(UB) Components2 | UKB9523 | NO_PWD_EXP |
| WETI(UB) Copping | WIF3523 | NO_PWD_EXP |
| WETI(UB) Crepe1 | RSR2471 | NO_PWD_EXP |
| WETI(UB) Crepe2 | DAK5926 | NO_PWD_EXP |
| WETI(UB) Crepe3 | JAT5185 | NO_PWD_EXP |
| WETI(UB) Crepe4 | CDX6482 | NO_PWD_EXP |
| WETI(UB) DossierManagement | JHX4482 | NO_PWD_EXP |
| WETI(UB) DuctStrip | FWS7876 | NO_PWD_EXP |
| WETI(UB) ElectMaint | HUM8866 | NO_PWD_EXP |
| WETI(UB) KIOSK1 | AHL4323 | NO_PWD_EXP |
| WETI(UB) MechMaint | ANB5354 | NO_PWD_EXP |
| WETI(UB) NEWTPinholeDetector | TZT9882 | NO_PWD_EXP |
| WETI(UB) Packing1 | DVD3268 | NO_PWD_EXP |
| WETI(UB) Packing2 | PRG2755 | NO_PWD_EXP |
| WETI(UB) PackingComponents | PSB4117 | NO_PWD_EXP |
| WETI(UB) PM_DryEnd | TUV5921 | NO_PWD_EXP |
| WETI(UB) PM_StockPrep | BER2268 | NO_PWD_EXP |
| WETI(UB) PM_WetEnd | KMD8492 | NO_PWD_EXP |
| WETI(UB) PM_Winder | RWG5242 | NO_PWD_EXP |
| WETI(UB) PolyType | NHC5648 | NO_PWD_EXP |
| WETI(UB) Quality | PVR1442 | NO_PWD_EXP |
| WETI(UB) RewindingA | ZJZ6172 | NO_PWD_EXP |
| WETI(UB) RewindingB | BER4713 | NO_PWD_EXP |
| WETI(UB) Slitting1 | PUP6372 | NO_PWD_EXP |
| WETI(UB) Slitting2 | VAK6530 | NO_PWD_EXP |
| WETI(UB) Slitting3 | OBZ8885 | NO_PWD_EXP |

| | | |
|---|---|---|
| WETI(UB) Slitting4 | PAR9703 | NO_PWD_EXP |
| WETI(UB) Slitting5 | HGE4578 | NO_PWD_EXP |
| WETI(UB) SlitToWidth | JDH6441 | NO_PWD_EXP |
| WETI(UB) Training8 | SDG1287 | |
| WETI(UB) Training9 | YAV1723 | |
| WETI(WI) DGA | OES6887 | |
| ███████████ | PKX5723 | |
| ███████████ | DFH0194 | |
| ███████████ | UBP7693 | |
| █████(GBR) Maint | TIV8624 | |
| Wicklungsisolation WETAG | LER0010 | |
| ███████████ | RZO1402 | |
| ███████████ | BSU7109 | |
| ███████████ | GPG2353 | |
| ███████████ | ACU7810 | |
| WIGROMA Extern | OIZ6746 | |
| WIIAdmin | WIIAdmin | NO_PWD_EXP |
| ███████████ | AYJ6252 | |
| ███████████ | AYC2784 | |
| ███████████ | UTY0252 | |
| ███████████ | YWG1349 | |
| ███████████ | FLN7672 | |
| ███████████ | BNS8832 | |
| ███████████ | SUY8498 | |
| ███████████ | KIX1463 | |
| WITE Elektro | ZJS6741 | |
| ███████████ | WAN6110 | |
| ███████████ | CLV5145 | |
| WIZP Assistant | GVR5788 | |
| WMIC Engineering | GPV2308 | |
| WMIC Hand-Molding | ZTB2711 | |
| WMIC Machine-Pressing | AIW8448 | |
| WMIC Packing | IIO5855 | |
| WMPM Crepe Paper Slitting Bay 3_4 | ODE1072 | |
| WMPM Lab Control Bay3 | FBE1275 | |
| WMPM Lab Control Bay6 | NSN2748 | |
| WMPM Order Confirm CM2007 Bay 3_3 | UBP6830 | |
| WMPM Order Confirmation CM Bay 3_3 | LYE0242 | |
| WMPM Refiner Bay 3 | VSR8762 | |
| WMPM Refiner Bay 5 | IXB1836 | |
| WMPM Shift Foreman Bay 5 | ZEF6288 | |
| WMPM Shift Foreman Bay 6 | KWB0578 | |
| WMPM Shift Foreman Boiler Room | DBV2386 | |
| WMPM Shift Foreman water prep bay | CWO6737 | |
| WMT Anlagenfuehrer | LER0025 | |
| WMT Automation | LER0024 | |
| WMT BMK11 | LER0011 | |
| WMT BMK15 | LER0015 | |
| WMT Logistic | LER0013 | |
| WMT Praktikantin | MEH6946 | |
| ███████████ | GDP5752 | |
| ███████████ | KIN1886 | |
| ███████████ | AWY1113 | |
| WPBRA Abastecimento | EOK5542 | |
| WPBRA Almoxarifado | JJB1592 | |
| WPBRA Ambulatorio | PKY8422 | |
| WPBRA Engenharia | URO3324 | |
| WPBRA Etiquetas | OAB3742 | |
| WPBRA Ferramentaria | EPI4922 | |
| WPBRA Inspetor de Qualidade | XXL4284 | |
| WPBRA Lider de Time | FJP1550 | |
| WPBRA Logistica | EFB9211 | |
| WPBRA Manutencao | JUF5435 | |
| WPBRA Materiais | JFK3955 | |
| WPBRA PCP | FGC4180 | |
| WPBRA Processo | URW6557 | |
| WPBRA Producao | XKA5222 | |
| WPBRA Recebimento | VPA2803 | |
| WPCHE-TCC Apprentice | LER0014 | |

| | | |
|---|---|---|
| WPT(NA) MedicalSPC | ITK5352 | |
| WPT-CHEBR Allgemein | GFK3443 | |
| WPT-CHEBR Ersatzteillager | UFL2176 | |
| WPT-CHERT Maintenance | VMA6548 | |
| WPT-CHERT RüstteamHalle18 | WFR5816 | |
| WPT-DEUMU Entwicklung | NBF4632 | |
| WPT-DEUTR Materiallogistik | TZP5457 | |
| WPT-DEUTR Meetingpoint | CUB3856 | |
| WPUSA FrontOffice | RWT5242 | |
| WPUSA iWarehouse | VNT8584 | NO_PWD_EXP |
| WPUSA Plant2Logistics | CDK3841 | |
| WPUSA Plant2ProdMonitor | TIR3864 | |
| WPUSA Plant2Warehouse | TEW8414 | NO_PWD_EXP |
| WPUSA ProductionHall | TME0414 | |
| WTE Integracao | LWE9848 | |
| WTE Marcenaria | IRB5846 | |
| WTE Recepcao | GWX8812 | |
| WTE Restaurante | ASF3259 | |
| WTE(BRA) Datasul | KUZ3617 | |
| WTE-B Portaria | EUG6178 | |
| WTeP (BRA) Entrance | MUJ0267 | NO_PWD_EXP |
| | KSJ4455 | |
| | GWZ0969 | |
| | JQA1892 | |
| | YGG5877 | |
| | CCG2650 | |
| | DFE3690 | |
| | VDC8538 | |
| | EKF7537 | |
| xxxxxsvps01 srv | xxxxxsvps01.srv | NO_PWD_EXP |
| | HVC3481 | |
| | TKP2449 | |
| | KLK3254 | |
| | KLK3254.adm | |
| | WMK9146 | |
| | CLV3317 | |
| | TJE7635 | NO_PWD_EXP |
| | VKT0765 | |
| | ETZ7898 | |
| | IOS3882 | |
| | ZPY9642 | |
| | BKO7534 | |
| | FMV1512 | |
| | LGT6680 | |
| | YOC3923 | |
| | PIA6326 | |
| | WXT7436 | |
| | VJW6448 | |
| | UFH3755 | |
| | TRZ4022 | |
| | SVC2441 | |
| | WKK7805 | |
| | ULT4828 | |
| | XPK7907 | |
| | SIF6183 | |
| | KNP5455 | |
| | ONK8528 | |
| | PWS2862 | |
| | TKX3590 | |
| | NKM2578 | |
| | RAR8684 | |
| | MQQ7756 | |
| | WCW7226 | |
| | NWU1435 | |
| | AKP5687 | |
| | HIN9488 | |
| | PIC7076 | |
| | ALW9665 | |

D00030