**EXHIBIT B**

| Display Name | Pre-W2K Name | Role | Source = AD Group  "g-prg-Office" MINUS disabled Users |
|---|---|---|---|
| (WTE-M) ██ | ASV4113 | NO_PWD_EXP | |
| (WTE-M) ██ | FOW3125 | NO_PWD_EXP | |
| (WTE-M) ██ | IRE6969 | NO_PWD_EXP | |
| (WTE-M) ██ | SHX2186 | NO_PWD_EXP | |
| (WTE-M) Capaci | AKK4441 | NO_PWD_EXP | |
| (WTE-M) Cilindr | UTF0844 | NO_PWD_EXP | |
| (WTE-M) CNC K | ALC1864 | NO_PWD_EXP | |
| (WTE-M) CNC P | HWX6497 | NO_PWD_EXP | |
| (WTE-M) CNCM | FRF5355 | NO_PWD_EXP | |
| (WTE-M) ██ | DVU7566 | NO_PWD_EXP | |
| (WTE-M) ██ | AWW7116 | NO_PWD_EXP | |
| (WTE-M) ██ | COS1361 | NO_PWD_EXP | |
| (WTE-M) ██ | FHV2698 | NO_PWD_EXP | |
| (WTE-M) ██ | HNL1898 | NO_PWD_EXP | |
| (WTE-M) Empaq | RWT9353 | NO_PWD_EXP | |
| (WTE-M) Empaq | IUG2482 | NO_PWD_EXP | |
| (WTE-M) Ensam | CKN5323 | NO_PWD_EXP | |
| (WTE-M) Formac | KWD4365 | NO_PWD_EXP | |
| (WTE-M) Formac | SHY3865 | NO_PWD_EXP | |
| (WTE-M) Labora | VEE2878 | NO_PWD_EXP | |
| (WTE-M) Laptop | IIB5285 | NO_PWD_EXP | |
| (WTE-M) Manter | TBR9545 | NO_PWD_EXP | |
| (WTE-M) Metaliz | KIQ5774 | NO_PWD_EXP | |
| (WTE-M) Pegad | ZNH5112 | NO_PWD_EXP | |
| (WTE-M) Progra | CNX6405 | NO_PWD_EXP | |
| (WTE-M) Progra | VFG3152 | NO_PWD_EXP | |
| (WTE-M) Recupe | NNA6542 | NO_PWD_EXP | |
| (WTE-M) Shell | AEZ7295 | NO_PWD_EXP | |
| (WTE-M) Slitter | MKE1157 | NO_PWD_EXP | |
| (WTE-M) Tecnol | GKD1601 | NO_PWD_EXP | |
| (WTE-M) Tubos | TBX2725 | NO_PWD_EXP | |
| (WTE-M) Vigilan | DSD8590 | NO_PWD_EXP | |
| ██ | MHV4824 | | |
| ██ | EHN3815 | | |
| ██ | ZCU8858 | | |
| ██ | FTG9216 | | |
| ██ | BUZ4487 | | |
| ██ | ZLR7040 | | |
| ██ | PJD7450 | | |
| ██ | EXD5614 | | |
| ██ | YRD0626 | | |
| ██ | EBY9765 | | |
| ██ | CJO7850 | | |
| ██ | YKM8142 | | |
| ██ | AWR5174 | | |
| ██ | KMR4319 | | |
| ██ | HAP4573 | | |
| ██ | GGP8324 | | |
| ██ | TNE1896 | | |
| ██ | JTX6151 | | |
| ██ | CNV2224 | | |
| ██ | QPH1328 | | |
| ██ | ZNF4442 | | |
| ██ | OCO9501 | | |
| ██ | JKM6405 | | |
| ██ | IOI8814 | NO_PWD_EXP | |
| ██ | PEY3546 | | |
| ██ | LCB6842 | | |
| ██ | WZG7191 | | |
| ██ | cov0503 | | |
| ██ | HNH6543 | | |
| ██ | RVP9301 | | |
| ██ | CBN3162 | | |
| ██ | KVT3464 | | |
| ██ | RRC9595 | | |
| ██ | KLK4104 | | |
| ██ | VDB1565 | | |
| ██ | RPW2636 | | |
| ██ | SDB6747 | | |
| ██ | WSH1549 | | |
| ██ | GES8196 | | |

D00031

UQL3252
XXW1764
KZL5580
JOL0171
EKC6365
EEN4870
EHZ4436
HNI6319
CMJ7723
LTY5009
YHZ8941
UNY3404
ZAP3821
FOR1138
JCJ2108
UBU4321
PSV8401
DVZ1160
LJG4888
VZI8222
RDM1688
YVC7411                                    NO_PWD_EXP
LMP8542
TZC8852
ALW6374
SJV1857
SBR2234
AQS4023
SBW2943
XMV3950
CFP0548
FIL6624
UQI7669
JPC1266
FJT7134
YFS1212
MCI6325
LZX2225
QOI5520
AGJ1276
DQG3925
ENV2806
BRW3493
XXF1426
THP1428
TZQ5966
ABA4252
WJA8186
DTW1381
FJQ1264
JPX1036
OJY1766
HAR4523
GLE5587
FAZ9536
MDG4117
ADP2908
FRH4337
YUK7114
NAF7422
HXR8774
YBA7524
NWU8583
ZHC2239
BRQ4944
FPD1163
VDG0035
YOB2820
GAM0092
YUT5833
AUU7199
OGE4675

DXU1224
HAT5336
NGM6409
YJZ5000
CFK4286
OEQ4567
OAL2377
VEP3864
XOI5199
LFZ8444
ZHN1514
YOM2617
RIL1743
SAN3611
EER2470
AVO3813
PBF3314
GDV8085
YLG1405
FWS1734
OPN9320
ZPN7317
RVU4135
MUT5813
URK3983
QZT4834
YNL7021
ZHX7515
FBK7463
JFY7912
MNL3885
MNW5319
OWM0840
SCK4556
LBE2636
BYG3644
BSI5909
MAR7371
QWF6329
ZAR5246
ZXO7130          NO_PWD_EXP
ICD4536
QFO3706
XUL8620
MPT2577
BCA4204
ZEL3978
SBR2921
ZZ8314
JKK3583
AAL4619
TMU8622
PQC5681
KKM8324          NO_PWD_EXP
ORR1781
ND4813
LAX3716
OTJ3281
PZV8619
GGC5301
VLU5313
PIN3025
EGG3673
RPK5624
HVU6319
OOO4185
LNV3431
WPK6971
HV9889
PIK3210
TAW6947
JYT5187

D00033

CSG5422
XCD7184
WNX5265
IGU4729
VFH7318
DRR6545
BWY5541
NKB3056                    NO_PWD_EXP
QYJ9138
GVP5848
ZRR4319
TEH8857
KBZ7612
OCL7052
DII6174
OWE8405
DFK4038
ARC0509
FEP7755
GID6769
YPT1428
NPS9649
DIJ0432
VBD2234
QGY6606
JSD1464
RYL5781
DPL1304
VPB8748
SUS3057
IOM0657
VUS5643
FCO0020
DVJ2637
TBL0779
ZEE8842
RUS6744
JLL1847
BRC8649
SYN9028
OXI4892                    NO_PWD_EXP
PKW8365
QMV0687
ZWV8442
TLJ6443
EWF5812                    NO_PWD_EXP
RDX8806
JOU9696
RUR8096
CKV5925
PWG3172
JJE4204
DT7961
FLB4898
QXN4578
JUU8477
TPP7631
LDD8752
JVL1181
GES7019
VPX6635
ABZ6022
EFW2873
SBP2480
MFE7068
FB5782
WAU5316
RYR3640
PSZ8619
HRN6658
JNG5532
DQX6554

CGW6301
NRR3152
BXP4242
QBZ3611
JTD7256
THY7653
NAG8458
POA1736
JM3577
TPK9988
LNV2126
RPW4787
ENK8095
JJU3346
MWL4381
QQR2967
WCF0145
JNX6948
ZGH7390
YLV6771
POQ2042
NSA9538
OGX1103
VTT3684
PRM7911
MVN9624
ORX4851
NCV7181
GVK8355
THZ8814
BPP8518
MIY5428
RAW4342
RXH7398
LR3284
JQX4747
KRD0620
QQK4379
ZZE4285
RZS4306
GDY6612
ZCV3349
NHP9728
GVP8346
JTW6293
RTD8716
AFS1520
KKH6705
JMN4723
ZRH5594
MDH9286
RHR8448
QGJ5828
GCY7874
CCC4318
AEC5168
YZK3138
DDG3224
TAN4316
WGR4912                    NO_PWD_EXP
ELL5867
DAY3371
FKE9340
GOA7405
GQD4373
OTT5682
ZSW0603
OCP7298
QLC6720
VBZ0433
JZW5209
LNZ1788

ZTW4688
MCK6432
TCA3658
TGZ5758
TIY9237
FAY7863
NDE3326
FIW9473
RIE4686
VJF8732
XAL1285
VTE7584
CHX8840
Finanzen WETA  LER0009
EA4843
NID8882
LKA7685
TZT7019
DGW3587
DOY1533
BOB3336
PFX4553
CPG3894                    NO_PWD_EXP
JBK2725
BZJ8868
EVG7655
WDL6091
ZRT7642                    NO_PWD_EXP
QDF8583
AZJ8441
FRABJ Trainee  YLA8434
EAK8300
ETF5764
SEH2112
DGY2068
YUH6181
WHX8899
ASX6700
ASK7463
VZF8842
CMX0105
ZDJ4529
RVK4655
PSL2376
FAU3333
ATL0765
BUZ7827
SSD2226
JVS6823
AUB9723
JTN6941
GGF5642
KMP2512
GSL8344
LNP1614
TFT8083
JWF2721
JXD8182                    NO_PWD_EXP
VRG6285
QKC1654
SHC1843
GBL7675
HOG0633
GXU9671
BYD1311
SVR4885
PRY2689
WRO9346
XIN8450
EDJ6224
EJ8157
QCZ7464

DMB2223
NNZ3852
MHU7176
EBP7219
FHB5432
ANE4435
OZO0178
TXB1134
NPN4883
HGI4623
UIZ4061
YVJ6876
GQS4004
QME7848
SJK4219
XSK4288
HKY2432
QWD5767
LUU9811
TLZ6827
TVN2182
RFH7233
KNP0228
OBU2585
ZVE8889
JBW2889
GOX4257                    NO_PWD_EXP
AVA3476
VPG6473
SHU2546
TKO5361
PYO0402
UNB9192
TFK6484
FVB3922
ZBC5808
BFY3276
LNC2616
OBD0255
RUP5715
TCT6517
PKR2195
NTS7172
HOQ7142
TFP6882
LAR1382
TFV6612
MIS4445
AHR0793
NYS2567
PGS8161
COS1600
JLY7727
CRT4412
JFC6554
RLB2482
PCT6342
ZWV7454
AOZ1693
CLZ2723
PLI4451
GWP9657
PLU2460
GZ3861
LVG0810
QAT0100
NBY7294
BJB3054
KII4691
WEC8020
TKB9682
PKN5636

LTF8418
EJT2482
FYY7248
GEI3513
JDT2555
EUH6183
JET3867
VAA6162
FKZ6185
MYH5851
LAL2407
KNX5826
JBA8490
PAC4316
OTA7591
HSB0743
WAI8057
TCK0526
KIK7691
QYH1595
DRD7378
ERP1465
WWU6172
LHL8571
MVI6719
SDL8193
JNX2525
QSF1132
CNN6648
CEW2625
KVS3318
ALJ8430
NFO2251
LSZ8705
IHC5582
PKI8135
UKG8557
IHR5639
PHD3131
VXL1624
YGF3877
KVJ2834
OCW9650
ATD1053
ZGD1533
CZZ2619
VXW1284
XZQ8658
LJO4489
NYP9775
AFC2130
GZR1146
ZKF5332
WOK0024
NPU4407
UPN8737
WIE7171
NRF2015
ETU7140
LPM8722
CHD8181
MVJ9323
ZDP6326
BAX7368

IT-HRV External HBJ0212
TVD3769
DKI3679
WZW4615
IGN4856
TRY2568
WMR6003
HPX3118

| | |
|---|---|
| AKE9907 | |
| RKS2720 | |
| EZD1385 | |
| BEK1152 | |
| JKC3593 | |
| YYO1318 | |
| PAB1278 | |
| GWY7015 | |
| BSU8915 | |
| HKS6741 | |
| RDQ4630 | |
| BQQ8229 | |
| JOB0001 | NO_PWD_EXP |
| JOB0002 | NO_PWD_EXP |
| JVR7073 | |
| IUV3362 | |
| AWW5275 | |
| TMH6017 | |
| ZBT6158 | |
| ZGT6732 | |
| ZEG7971 | |
| FKB1788 | |
| GOY4710 | |
| ZIE3488 | |
| PYL6077 | |
| IGW1008 | |
| WNP3868 | |
| GME4747 | |
| IXZ1535 | |
| IXO0678 | |
| GAD1181 | |
| VSP7144 | |
| KDJ7566 | |
| AYK5138 | |
| YQU0987 | |
| XDZ1673 | |
| NDL5855 | |
| RHS1414 | |
| QBX8316 | |
| CSC4852 | |
| PJK1370 | |
| RJH5418 | |
| IMI0235 | |
| CDL1768 | |
| PXL4027 | |
| ZJW6862 | |
| MBH8149 | |
| KGK7495 | |
| opn3867 | |
| BKO6773 | |
| KLL3250 | |
| ADP1151 | |
| OAD4339 | |
| CMC1469 | |
| TXI4659 | |
| LSW4604 | |
| XLA6913 | |
| OPJ3327 | |
| DSE2270 | |
| FIB8569 | |
| XHZ4846 | |
| BFJ1342 | |
| HKB3540 | |
| NEC4850 | |
| FJG3572 | |
| JMJ2014 | |
| KNW8733 | |
| LRT2635 | |
| SFB5260 | |
| ZDL9968 | |
| DSN2345 | |
| JBC2333 | |

KTF5082
DHO5522
BPR4599
PDQ8387
ETX2514
KTS8965
JD1330
JEH3656
FIH7386
LBY7616
JGS8432
OPN9031
LQS0621
LHB1873
KKE8678
FOK1278
Laboratorio Clien EGG7765
Laboratorio Pract DZX1432
EFC8710
NSK8294
RAH5912
JWL8054
WEW7856
NAT7141
EEL3855
WNH7022
CEC8225
MCX7356
DME0650
GST1343
QSH1902
LEL8671
FSR2770
EVE1052
PIR5657
BQE5810
POS3757
PKF8377
LWK0283
GFV4114
CCN1777
FIM2908
BXF8314
PFV3713
TUB4586
LIB1234
OAU6506
LMS5288
BRS4029
OYF8465
RBR3760
TNM5311
NAH3366
NOS6637
WUP1939
TWN3962
LWR2482
KRH7565
TGI7281
EES6838
DFG8280
ZOD2868
EAA3784
RDW1801
ANU3314
WWA2526
HHA1162
BPL2191
BWF1100
RAD2764
ZTR6638
BIN8510                    NO_PWD_EXP

LUU8765
NAP5019
XRI8098
ALE8785
OIP1373
WZU2128
FRO1896
JLE9452
WYS2557
AWR4124
PBY1246
OQE2020
NNA5188
ABL1154
GLF7531
HHZ9513
EGH4834
WCE7128
ZUX6443
RIL5522
MMV4748
ZEF3714
SCN2235
KER1776
JTB8532
RQV7445
UCF0217
GQP2209
PAL1683

Manufactura Pan VPH3471
Manufactura Pra TLK4222

XWR5817
IPS6254
JXL6147
EWF4267
BYN1081                    NO_PWD_EXP
HSD1112
KKF7684
ACD7285
YZE4524
HJH2911
HDW3031
ZVW5556
BIZ9141
UXL5949
VSY6827
PGB8490
IFT3001
CSH2280
KOJ2202
NVU4039
JDW7830
LJF2570
BIC8498
BRB7501
LNT1987
GTK3362
KFV7688
DOG3626
CRS1241
FBN7294
CRR8879
OCB4858
DEY3058
DWZ2738
JVN8822
JSB3082
IME8166
DNZ5522
PSI1767
MSO5891
LPZ4345

D00041

LAX4289
GDK4263
LSK5332
TIX8675
KCB2691
COI7381
IOG5276
Medical Qualitäts ZLG8393
Medico Ambulato SMQ7178
CEG7362
NFV7688
HIZ1480
VAR7573
KVE9856
NKL8430
WWF3926
TVD1901
WEL6825
RBN4646
OET5563
KBW0895
ZYP5885
BYD9725
ABW6517
CYF3924
QUH1545
JVS1771
FYL6417
WOT4986
OUR8567
DFI4783
KYQ6453
JRN4059
YBB5388
TLX4573
HAH6743
PDJ8028
NUE7401
WER8042
WVP8740
NSX6318
KYJ7451
KZR6275
KRF0244                        NO_PWD_EXP
WQN5559
VOR5184
YDO4883
TBH6909
GYW8097
GQU1663
OYK3707
NBX0844
XC5292
KUR2531
CZY7152
CEL5727
PDU1270
KPU6509
VNP5281
KVK3682
NCV6133
HLA1820
ZOK3441
RYX4187
JXF8720
QTW3642
DDA5446
HAT2230
PQG4352
SSK1062
FRW9279
TBI3144

USR7580
WCU1975
CAS4651
IIH4529
LHG3652
KOG1717
WGR4330
MPG5857
MBB7150
VEQ5119
GGM3021
AVO0588
LNR5471
QYC3387
IUR2232
SMI6561
WDO1575
BBI7179
CKZ7771
JDD5651
CYU6406
EWN4436
SFF1776
PTS1226
ZEV9632
XNB8801
FWN8522
CLC1156
KPB5886
OOX6713
FVB7714
LRQ5325
GKL1455
HTA3342
ARQ2645
Order confirmatic BZA3873
Order confirmatic GTO1974
Order confirmatic MJP3777
PVJ8155                          Jan 3338
UDV7314
ZES5551
JKV6047                          NO_PWD_EXP
JQY4842
JXR3995
VNU5174
EDX5341
MYC7745
FNH9480
NXL4572
SGF2588
FIA7843
MLP4871
KEF6765
CNU8732
VPH5531
YPN1154
PTK6376
UYN0855
FAK1287
QVJ6374
BHD5044
PRX2623
VEX1221
WEP4228
OHP7795
HAR4998
SYA5223
YRS3507
GFR7612
MPZ4378
TRW1573

| | | |
|---|---|---|
| ▓IT8675 | | |
| TZJ6458 | | |
| AOC2357 | | |
| Personal WETAC LER0007 | | |
| FYV7451 | | |
| RPJ2305 | | |
| JDG4923 | | |
| ADZ0438 | | |
| EKS4178 | | |
| CXE3483 | | |
| ZOH3094 | | |
| PXD5591 | | |
| ADC9773 | | |
| UDC7433 | | |
| FMG3353 | | |
| RZC1737 | | |
| VQV2491 | | |
| VAI7832 | | |
| ZFX8844 | | |
| JRC7444 | | |
| YPW1347 | | |
| NYS9141 | | |
| FNO1221 | | |
| SXK1285 | | |
| KIJ4871 | | |
| JEF3784 | | |
| GMB9032 | | |
| WIL4465 | | |
| OYU4936 | | |
| LHC1262 | | |
| EBZ8201 | | |
| KSN6028 | | |
| YFH3047 | | |
| BLF5833 | | |
| EPR4698 | | |
| RVY6154 | | |
| JHF9570 | | |
| CXU4123 | | |
| THF7653 | | |
| BEO1263 | | |
| GRP5457 | NO_PWD_EXP | |
| TRC8644 | | |
| KQX7836 | | |
| USQ2311 | | |
| ESE2317 | | |
| XJT5434 | | |
| FRV6568 | | |
| OIN2731 | | |
| CEQ5417 | | |
| RKE5524 | NO_PWD_EXP | |
| JOZ1721 | | |
| IVM5741 | | |
| ZIM5282 | NO_PWD_EXP | |
| EGV4489 | | |
| LGI3105 | | |
| OTX5880 | | |
| HUX8344 | | |
| VUS4449 | | |
| JLW5985 | | |
| AUC5246 | | |
| NGF8214 | | |
| GKE8854 | | |
| GBL2420 | | |
| WON8547 | | |
| GKN5582 | | |
| RH Practicante XHT4367 | | |
| FCM8377 | | |
| RJM6101 | | |
| DOJ6860 | | |
| ONC0883 | | |
| NVZ1633 | | |
| BAD4061 | | |

PZN7190
NWX2380
HEK4799
NEO1792
EMD7048
WXT4374
XRA2512
OSH1055
CFP9970
VPP4672
AGI3568
JLJ4262
KLB4251
WZK8746
VSU4267
TIS2756
IET7074
GVT7167
FTW5721
LJJ5960
XVS8023
BWP4944
ZUK5014
MFU8831
PGS8164
QIK6580
MKZ4677
FBO7014
VVA8732
AGB4043
QNV4578
BYU2484
WIY5434
Rückmeldungen YXW5477
Rückmeldungen DOD5085
Rückmeldungen QHP2345
Rückmeldungen XLP1995
Rückmeldungen FZA7394
BRU8910
LXP6276
EDL5542
FCI5742
QOZ9524
MPK5543
BZO5218
KKL5837
JUI1525
YTS1185
DAZ5429
GQB6735
GEO4220                                    NO_PWD_EXP
MSN9584
NFR5711
SWN8142
JQA2647
NSP5874
BTI1147
JRL3940
ZVT5776
PSD6428
GHB1715
BK7610
kkw2847
WXA3151
JPQ8665
AGH6162
ELY6682
CWR6783
UD0733
KGR7394
PVN2145
BBZ8878

HJL3202
WNO4813
FGS0581
XEH5074
PED3737
ULZ8753
SLN6740
EVE8559
QNZ9386
TZW2303
RJG8572
ZEH1784
VPK9411
FLT4114
JXJ4719
KUR2684
SKI7348
ZHU5261
HDI7122
HWR1904
ZKX3655
HFB3568
TPK2112
TEW5788
JSB1521
NWY8286
UVH2677
VBD6422
TEF8364
YDQ8662
DZS7056
AHZ1779
JIE7421
ETB6511
KEH5270
EHD1423
KKU7292
JIN9561
SHY6589
LSD0297
WLU5236
UXW3627
ZYI4790
TSD4347
PPJ6140
ABV5701
JBF7784
ITD3814
XFY1160
CAK7345
TCE4864
WFT8818
FOP3641
LZV7141
QKM3625
HUK6794                    NO_PWD_EXP
DPR1139
GZA4464
LLF1233
VAP4600
AVI4817
AIR4444
LHV6336
DYD2037
SZM4347
OPW3553
TDA7850
EPX0455
LXW6897
ONK8265
PNU2678
BPJ3501

BJK4140
EWM1230
HGB5605
JGX4059
YBX5533
TRW6582
HGN4691
LEX3178
KWD6521
HKK1774
PEV8012
BRG6352
LCX4699
FVA7857
PIG8386
LCT7412
VNB3354
OXN3542
NHH2246
PYR4215
IBW7389
BLS3822
AHO8006
HMS8743
TCQ3257
FCP8334
AIP2136
SHU8537
BGH9509
BHK4646
FNT2158
VKP4547
SUN1144                    NO_PWD_EXP
RYB7484
KUP9459
PCG4322
JNH7106
CYB8826
WUQ5728
VAC8159
MBD5376
WHG2667
BZV8264
AKH4833
TBY2883
QPW7378
Supervisor ▮▮▮ PYC9746
NDB8304
TAJ3644
RJX5880
EPL8149
LJM6828
JYJ1537
OLW4015
VEH1492
LTJ8145
CKY1551
KDZ8713
REA2656
AP8571
JZJ2252
OYQ3944
ZKH9148
TBS Zentrallabor WFA4653
TecnologiaInnov CSE7544
WFE1979
GWI5016
AEN6883
EUY6543
KWQ4334
CG6276
VDT3840

D00047

| | | |
|---|---|---|
| ▮ | HEU2315 | |
| ▮ | FEI9228 | |
| ▮ | SBQ6729 | |
| ▮ | AHT3728 | |
| ▮ | JBT5546 | |
| ▮ | NWI0956 | |
| ▮ | WHA2785 | |
| ▮ | JAE0604 | |
| ▮ | JIW5211 | |
| ▮ | JNY7178 | |
| ▮ | SRL3951 | |
| ▮ | PGR6176 | |
| ▮ | AMA1921 | |
| ▮ | TDD5118 | |
| ▮ | TAY1443 | |
| ▮ | AUT5224 | |
| Training 1 | SCH0001 | NO_PWD_EXP |
| Training 2 | SCH0002 | NO_PWD_EXP |
| Training 3 | SCH0003 | NO_PWD_EXP |
| ▮ | DFF3756 | |
| ▮ | ZCZ4343 | |
| ▮ | IYT2322 | |
| ▮ | ZBI5152 | |
| ▮ | | Dec 2284 |
| ▮ | BGH1452 | |
| ▮ | GBN4289 | |
| ▮ | YLT8687 | |
| ▮ | NOB6702 | |
| ▮ | HZW8224 | |
| ▮ | QRE8704 | |
| ▮ | WXU4907 | |
| ▮ | RZZ1777 | |
| ▮ | RTP4458 | |
| ▮ | PJU3225 | |
| TV Proveccion | WVN6323 | |
| ▮ | PRW7332 | |
| ▮ | JRC7654 | |
| ▮ | RTP8511 | |
| ▮ | NTK1410 | |
| ▮ | QPP0724 | |
| ▮ | ZZF8212 | |
| ▮ | EYA1698 | |
| ▮ | ONC3271 | |
| ▮ | WUJ7273 | |
| ▮ | PIK2371 | |
| ▮ | LZU6281 | |
| ▮ | BFA1418 | |
| ▮ | YWI7666 | |
| ▮ | YOV5826 | |
| ▮ | VKF8636 | |
| ▮ | SMK2979 | |
| ▮ | KDK1903 | |
| ▮ | RTQ7610 | |
| ▮ | ZSC5383 | |
| ▮ | JBG2030 | |
| ▮ | LDP6231 | |
| ▮ | ADR3367 | |
| ▮ | BPN7428 | |
| ▮ | DCQ8580 | |
| ▮ | ZDE2520 | |
| ▮ | RF2325 | |
| ▮ | KWH8965 | |
| ▮ | HYD3703 | |
| ▮ | PJE4151 | |
| ▮ | BWH3383 | |
| ▮ | GWM9796 | |
| ▮ | LER0023 | |
| ▮ | BAB4702 | |
| ▮ | JGG6355 | |
| ▮ | CAG2415 | |
| ▮ | YSG3618 | |
| ▮ | BUX6074 | |

D00048

| | | |
|---|---|---|
| ███████ | NFO1685 | |
| | DJE6563 | |
| | LSR7282 | |
| | NEQ1617 | |
| | xtf7242 | |
| | LOG4348 | |
| | CAK7417 | |
| | DLZ7136 | |
| | UQW8883 | |
| | BFB5933 | |
| | ACG5565 | |
| | NVT3148 | |
| | GFY2604 | |
| | UVZ5393 | |
| | JCY8345 | |
| | CSK7288 | |
| | UQB6683 | |
| | YYJ8826 | |
| | CWV7267 | |
| | HKP0429 | |
| | OGY7750 | |
| | DZH3082 | |
| | RRD7506 | |
| | VFA6325 | |
| | DJC9604 | |
| | YSL8774 | |
| | VRA7725 | |
| | TLS4510 | |
| | ZJZ3446 | |
| | TCN4465 | |
| | KHG3855 | |
| | JJV1238 | |
| | ZN8865 | |
| | JZX3227 | |
| | RXL7218 | |
| | OSY4183 | |
| | LWX3630 | |
| | JZM7059 | |
| | AYL3816 | |
| | EXH7589 | |
| | YGX5452 | |
| | DHK1362 | |
| | GDZ8886 | |
| | JMP3121 | |
| | FGE6610 | |
| | VHL5560 | |
| | KWB7330 | |
| WETAG Aktivteile | LER0016 | |
| WETAG Compon | LER0003 | |
| WETAG Formber | FEF5516 | |
| WETAG-CHEEN | HXV9849 | |
| WETAG-CHERW | UUB5580 | |
| WETAG-SCM Le | LER0001 | |
| WETAG-SCM Le | LER0005 | |
| WETAG-SCM Le | LER0008 | |
| WETI(SJ) BM1W | TDD4298 | NO_PWD_EXP |
| WETI(SJ) BM1W | WHL6091 | NO_PWD_EXP |
| WETI(SJ) BM2D | TTU4755 | NO_PWD_EXP |
| WETI(SJ) BM2W | MLV1105 | NO_PWD_EXP |
| WETI(SJ) CNCM | JZR5943 | NO_PWD_EXP |
| WETI(SJ) CNCP | SDB5718 | NO_PWD_EXP |
| WETI(SJ) Cutting | XPW1268 | NO_PWD_EXP |
| WETI(SJ) Glued | BIX9111 | NO_PWD_EXP |
| WETI(SJ) HR | HJD4525 | NO_PWD_EXP |
| WETI(SJ) LamCu | NKR5734 | NO_PWD_EXP |
| WETI(SJ) LamLir | FYB6377 | NO_PWD_EXP |
| WETI(SJ) Metalli | FTP5011 | NO_PWD_EXP |
| WETI(SJ) MiniMi | SXE3273 | NO_PWD_EXP |
| WETI(SJ) R&DSi | LNE8614 | NO_PWD_EXP |
| WETI(SJ) Sheet( | RHA2747 | NO_PWD_EXP |
| WETI(SJ) Shippi | RDU5861 | NO_PWD_EXP |
| WETI(SJ) SmallC | NWE2590 | NO_PWD_EXP |

| | |
|---|---|
| WETI(SJ) StripM SRK1884 | NO_PWD_EXP |
| WETI(UB) Crepe JAT5185 | NO_PWD_EXP |
| WETI(UB) Crepe CDX6482 | NO_PWD_EXP |
| WETI(UB) Electٸ HUM8866 | NO_PWD_EXP |
| WETI(UB) Packir DVD3268 | NO_PWD_EXP |
| WETI(UB) PM_D TUV5921 | NO_PWD_EXP |
| WETI(UB) PM_S BER2268 | NO_PWD_EXP |
| WETI(UB) PM_W RWG5242 | NO_PWD_EXP |
| WETI(UB) PolyTٸ NHC5648 | NO_PWD_EXP |
| WETI(UB) Rewin ZJZ6172 | NO_PWD_EXP |
| WETI(UB) Slitting PUP6372 | NO_PWD_EXP |
| WETI(UB) Slitting VAK6530 | NO_PWD_EXP |
| WETI(UB) Slitting PAR9703 | NO_PWD_EXP |
| WETI(UB) SlitToٸ JDH6441 | NO_PWD_EXP |
| WETI(UB) Trainii SDG1287 | |
| WETI(UB) Trainii YAV1723 | |
| WETI(WI) DGA OES6887 | |
| PKX5723 | |
| DFH0194 | |
| UBP7693 | |
| Wicklungsisolatic LER0010 | |
| RZO1402 | |
| BSU7109 | |
| GPG2353 | |
| ACU7810 | |
| AYJ6252 | |
| AYC2784 | |
| JTY0252 | |
| YWG1349 | |
| FLN7672 | |
| BNS8832 | |
| BUY8498 | |
| KIX1463 | |
| WITE ZJS6741 | |
| WAN6110 | |
| CLV5145 | |
| WIZP Assistant GVR5788 | |
| WMIC Engineerir GPV2308 | |
| WMIC Hand-Molٸ ZTB2711 | |
| WMIC Packing IIO5855 | |
| WMPM Crepe Pٸ ODE1072 | |
| WMPM Lab Conf FBE1275 | |
| WMPM Lab Conf NSN2748 | |
| WMPM Order Cc UBP6830 | |
| WMPM Order Cc LYE0242 | |
| WMPM Refiner E VSR8762 | |
| WMPM Refiner E IXB1836 | |
| WMPM Shift For ZEF6288 | |
| WMPM Shift For DBV2386 | |
| WMPM Shift For CWO6737 | |
| WMT Anlagenfue LER0025 | |
| WMT Automatior LER0024 | |
| WMT BMK11 LER0011 | |
| WMT BMK15 LER0015 | |
| WMT Logistic LER0013 | |
| WMT Praktikantir MEH6946 | |
| GDP5752 | |
| KIN1886 | |
| AWY1113 | |
| WPBRA Ambulat PKY8422 | |
| WPBRA Engenhٸ URO3324 | |
| WPBRA Etiqueta OAB3742 | |
| WPBRA Ferramٸ EPI4922 | |
| WPBRA Inspetor XXL4284 | |
| WPBRA Lider de FJP1550 | |
| WPBRA Logisticٸ EFB9211 | |
| WPBRA Manuter JUF5435 | |
| WPBRA Materialٸ JFK3955 | |
| WPBRA PCP FGC4180 | |
| WPBRA Process URW6557 | |
| WPBRA Producٸ XKA5222 | |
| WPBRA Recebiٸ VPA2803 | |

| | | |
|---|---|---|
| WPT(NA) Medica | ITK5352 | |
| WPT-DEUTR Ma | TZP5457 | |
| WPUSA FrontOff | RWT5242 | |
| WPUSA iWareh | VNT8584 | NO_PWD_EXP |
| WPUSA Producti | TME0414 | |
| WTE Integracao | LWE9848 | |
| WTE Marcenaria | IRB5846 | |
| WTE Recepcao | GWX8812 | |
| WTE Restaurant | ASF3259 | |
| WTeP(BRA) Dat | KUZ3617 | |
| WTE-B Portaria | EUG6178 | |
| WTeP (BRA) Ent | MUJ0267 | NO_PWD_EXP |
| | KSJ4455 | |
| | GWZ0969 | |
| | JQA1892 | |
| | YGG5877 | |
| | CCG2650 | |
| | DFE3690 | |
| | EKF7537 | |
| | HVC3481 | |
| | TKP2449 | |
| | KLK3254 | |
| | WMK9146 | |
| | CLV3317 | |
| | TJE7635 | NO_PWD_EXP |
| | VKT0765 | |
| | ETZ7898 | |
| | IOS3882 | |
| | ZPY9642 | |
| | BKO7534 | |
| | FMV1512 | |
| | LGT6680 | |
| | PIA6326 | |
| | WXT7436 | |
| | VJW6448 | |
| | JFH3755 | |
| | TRZ4022 | |
| | SVC2441 | |
| | WKK7805 | |
| | JLT4828 | |
| | KNP5455 | |
| | ONK8528 | |
| | PWS2862 | |
| | TKX3590 | |
| | NKM2578 | |
| | RAR8684 | |
| | MQQ7756 | |
| | WCW7226 | |
| | PIC7076 | |
| | ALW9665 | |