# EXHIBIT D

| Display Name | Pre-W2K Name | Role | Source = AD Group "g-prg-Project" MINUS Disabled Users |
|---|---|---|---|
| (WTE-M) Tecnologia e Ir | GKD1601 | NO_PWD_EXP | |
| ██████ | CNV2224 | | |
| ██████ | IOI8814 | NO_PWD_EXP | |
| ██████ | WZG7191 | | |
| ██████ | EEN4870 | | |
| ██████ | SBW2943 | | |
| ██████ | FIL6624 | | |
| ██████ | YFS1212 | | |
| ██████ | ENV2806 | | |
| ██████ | THP1428 | | |
| ██████ | DTW1381 | | |
| ██████ | JPX1036 | | |
| ██████ | FRH4337 | | |
| ██████ | YBA7524 | | |
| ██████ | FPD1163 | | |
| ██████ | VDG0035 | | |
| ██████ | YUT5833 | | |
| ██████ | XOI5199 | | |
| ██████ | MUT5813 | | |
| ██████ | FBK7463 | | |
| ██████ | JFY7912 | | |
| ██████ | IND4813 | | |
| ██████ | PIN3025 | | |
| ██████ | EYF1832 | | |
| ██████ | BWY5541 | | |
| ██████ | GVP5848 | | |
| ██████ | OCL7052 | | |
| ██████ | OWE8405 | | |
| ██████ | VPB8748 | | |
| ██████ | QMV0687 | | |
| ██████ | PWG3172 | | |
| ██████ | FLB4898 | | |
| ██████ | TPP7631 | | |
| ██████ | GES7019 | | |
| ██████ | PSZ8619 | | |
| ██████ | YLV6771 | | |
| ██████ | POQ2042 | | |
| ██████ | PRM7911 | | |
| ██████ | NCV7181 | | |
| ██████ | RZS4306 | | |
| ██████ | ZCV3349 | | |
| ██████ | QGJ5828 | | |
| ██████ | CCC4318 | | |
| ██████ | AEC5168 | | |
| ██████ | NDE3326 | | |
| ██████ | VJF8732 | | |
| ██████ | XAL1285 | | |
| ██████ | WDL6091 | | |
| ██████ | EAK8300 | | |
| ██████ | VZF8842 | | |
| ██████ | JTN6941 | | |
| ██████ | TFT8083 | | |
| ██████ | QKC1654 | | |
| ██████ | SHC1843 | | |
| ██████ | PYO0402 | | |
| ██████ | OBD0255 | | |
| ██████ | RUP5715 | | |
| ██████ | HOQ7142 | | |
| ██████ | IGZ3861 | | |
| ██████ | QAT0100 | | |
| ██████ | GEI3513 | | |
| ██████ | JDT2555 | | |
| ██████ | OTA7591 | | |
| ██████ | HSB0743 | | |
| ██████ | LSZ8705 | | |
| ██████ | XZQ8658 | | |
| ██████ | GZR1146 | | |

| ID | Flag |
|---|---|
| WOK0024 | |
| PAB1278 | |
| BQQ8229 | |
| ZEG7971 | |
| XDZ1673 | |
| PJK1370 | |
| UBC2333 | |
| BQE5810 | |
| CCN1777 | |
| LIB1234 | |
| BRS4029 | |
| ZOD2868 | |
| RDW1801 | |
| ALE8785 | |
| NNA5188 | |
| UCF0217 | |
| JXL6147 | |
| EWF4267 | |
| BYN1081 | NO_PWD_EXP |
| ZVW5556 | |
| CSH2280 | |
| NVU4039 | |
| BIC8498 | |
| CRR8879 | |
| MSO5891 | |
| CEG7362 | |
| RBN4646 | |
| KBW0895 | |
| DUR8567 | |
| JRN4059 | |
| KYJ7451 | |
| XRF0244 | NO_PWD_EXP |
| WQN5559 | |
| PQG4352 | |
| WCU1975 | |
| LNR5471 | |
| QYC3387 | |
| BBI7179 | |
| SGF2588 | |
| GFR7612 | |
| TZJ6458 | |
| ZOH3094 | |
| RZC1737 | |
| KSN6028 | |
| BLF5833 | |
| THF7653 | |
| KQX7836 | |
| RJM6101 | |
| VSU4267 | |
| QIK6580 | |
| BRU8910 | |
| MPK5543 | |
| GQB6735 | |
| GEO4220 | NO_PWD_EXP |
| PVN2145 | |
| WNO4813 | |
| XEH5074 | |
| JXJ4719 | |
| JSB1521 | |
| ETB6511 | |
| SHY6589 | |
| WFT8818 | |
| GZA4464 | |
| LXW6897 | |
| HGN4691 | |
| BRG6352 | |
| NHH2246 | |
| SHU8537 | |



TecnologiaInnov Prectica
BHK4646
FNT2158
KUP9459
CSE7544
WFE1979
VDT3840
NWI0956
TAY1443
BGH1452
HZW8224
QRE8704

TV Proyeccion
WVN6323
NTK1410
BFA1418
JBG2030
BPN7428
IRF2325
GFY2604
UQB6683
VFA6325
YSL8774
DHK1362

WETI(SJ) 3DStation
WWO1714
GDP5752
KIN1886
URW6557
HVC3481
TKP2449
WKK7805
KNP5455