**EXHIBIT E**

| Display Name | Pre-W2K Name | Role | Source = AD Group "g-prg-Visio" MINUS Disabled Users |
|---|---|---|---|
| | GGP8324 | | |
| | YFS1212 | | |
| | THP1428 | | |
| | JPX1036 | | |
| | VDG0035 | | |
| | GAM0092 | | |
| | VEP3864 | | |
| | LFZ8444 | | |
| | SCK4556 | | |
| | BSI5909 | | |
| | ZEL3978.adm | | |
| | GGC5301 | | |
| | GVP5848 | | |
| | NPS9649 | | |
| | UJE4204 | | |
| | BXP4242 | | |
| | IJM3577 | | |
| | PRM7911 | | |
| | DQK4379 | | |
| | YZK3138 | | |
| | XAL1285 | | |
| | ASX6700 | | |
| | JTN6941 | | |
| | LNP1614 | | |
| | QKC1654 | | |
| | HOG0633 | | |
| | SHU2546 | | |
| | RUP5715 | | |
| | TCT6517 | | |
| | JLY7727 | | |
| | BJB3054 | | |
| | GEI3513 | | |
| | JBA8490 | | |
| | OTA7591 | | |
| | HSB0743 | | |
| | MVI6719 | | |
| | WOK0024 | | |
| | YYO1318 | | |
| | FKB1788 | | |
| | XDZ1673 | | |
| | opn3867 | | |
| | OAD4339 | | |
| | FIB8569 | | |
| | ZDL9968 | | |
| | ALE8785 | | |
| | NNA5188 | | |
| | NVU4039 | | |
| | DWZ2738 | | |
| | VAR7573 | | |
| | KVE9856 | | |
| | DUR8567 | | |
| | LNR5471 | | |
| | OOX6713 | | |
| | HTA3342 | | |
| | JKV6047 | NO_PWD_EXP | |
| | PRX2623 | | |
| | WEP4228 | | |

TZJ6458
EKS4178
CXE3483
UDC7433
GMB9032
YFH3047
MFU8831
QIK6580
BRU8910
MPK5543
GEO4220          NO_PWD_EXP
EVE8559
WLU5236
GZA4464
VAP4600
BPJ3501
FVA7857
BHK4646
NWI0956
HZW8224
NTK1410
WUJ7273
YOV5826
UQB6683
DHK1362
DFH0194
GPV2308
KLK3254